# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                              *Plaintiff,*

v.                                                          Case No. 0:16–cv–02547–SRN–LIB

William J. Mooney, et al.,

                              *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  William J. Mooney

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Michael R Pahl
            PO Box 7238 Ben Franklin Station
            Washington, DC
            20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk

                                            Amy Linner

Date of Issuance:  <u>July 28, 2016</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–02547–SRN–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: William J. Mooney

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                           *Plaintiff,*

v.                                                       Case No. 0:16–cv–02547–SRN–LIB

William J. Mooney, et al.,

                           *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Joni T. Mooney

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Michael R Pahl
            PO Box 7238 Ben Franklin Station
            Washington, DC
            20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  <u>July 28, 2016</u>

# Summons and Complaint Return of Service

Case No. 0:16–cv–02547–SRN–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Joni T. Mooney

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                *Plaintiff,*

v.                                          Case No. 0:16–cv–02547–SRN–LIB

William J. Mooney, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Harbor Holdings, Mid–Atlantic Trustees and Administrators

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Michael R Pahl
        PO Box 7238 Ben Franklin Station
        Washington, DC
        20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  July 28, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–02547–SRN–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Harbor Holdings, Mid–Atlantic Trustees and Administrators

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____