UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Case No.: | **0:16-CV-02547-SRN-LIB** |
| Plaintiff/Petitioner | Division: | |
| VS. | | |
| **WILLIAM J. MOONEY; ET AL.** | AFFIDAVIT OF SERVICE OF | |
| Defendant/Respondent | **SUMMONS IN A CIVIL ACTION; COMPLAINT** | |

Received by **Dan Witt**, on the 3rd day of August, 2016 at 10:46 AM to be served upon **JONI T. MOONEY** at **409 6TH AVENUE NW, LITTLE FALLS, Morrison County, MN 56345**.
On the 2nd day of August, 2016 at 8:55 PM, I, Dan Witt, SERVED JONI T. MOONEY at 409 6TH AVENUE NW, LITTLE FALLS, Morrison County, MN 56345 in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering 1 copy(ies) of the above-listed documents to **JONI T. MOONEY**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Named Defendant, who accepted service, with identity confirmed by verbal communication, a white female approx. 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

Service Fee Total: **$ 85.00**

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _____[signature]_____  Server ID #: N/A  Date: 8-9-16
Dan Witt

Notary Public: Subscribed and sworn before me on this 9th day of August in the year of 20 16
Personally known to me ___ or X identified by the following document: MN Drivers License
Number/Reference: P20617 8430908
Type: Drivers License
Notary Public for State of: Minnesota
Commission Expiration: 01/31/2020

_____[signature]_____
Notary Public (Legal Signature)

[Notary Stamp: JENIE R. SNOOK, NOTARY PUBLIC - MINNESOTA, My Commission Expires Jan. 31, 2020]