UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff/Petitioner<br>VS.<br>**WILLIAM J. MOONEY; ET AL.**<br>Defendant/Respondent | Case No.: **0:16-CV-02547-SRN-LIB**<br>Division:<br><br>AFFIDAVIT OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT** |

Received by **Dan Witt**, on the **3rd** day of **August, 2016** at **10:47 AM** to be served upon **WILLIAM J. MOONEY** at **409 6TH AVENUE NW, LITTLE FALLS, Morrison County, MN 56345**.
On the **2nd** day of **August, 2016** at **8:55 PM**, I, **Dan Witt**, SERVED WILLIAM J. MOONEY at **409 6TH AVENUE NW, LITTLE FALLS, Morrison County, MN 56345** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving **1** copy(ies) of the above-listed documents at his/her usual place of abode with **Joni Mooney**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**SPOUSE, CO-RESIDENT**, who accepted service, with identity confirmed by verbal communication, a white female approx. 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.

Service Fee Total: **$ 85.00**

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _[signature]_                    N/A                    8-9-16
Dan Witt                               Server ID #            Date

Notary Public: Subscribed and sworn before me on this **9th** day of **August** in the year of 20**16**
Personally known to me ____ or **X** identified by the following document **MN Drivers License**.

Number/Reference: **P266178430908**
Type: **Drivers License**
Notary Public for State of: **minnesota**
Commission Expiration: **01/31/2020**

_[signature]_
Notary Public (Legal Signature)

**JENIE R. SNOOK**
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

REF: **USA V. MOONEY**

Page 1 of 1
Tracking #: **0012769872**