RECEIVED
AUG 19 2016
CLERK, U.S. DISTRICT COURT
FERGUS FALLS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 16-cv-02547-SRN-LIB |
| William J. Mooney, Joni T. Mooney, and Harbor Holdings, Mid-Atlantic Trustees and Administrators, | ) |
|     Defendants. | ) |

**Affidavit, Counter-Claim**

SCANNED
AUG 19 2016
U.S. DISTRICT COURT FF

William Joseph Mooney
℅ 409 6th Avenue Northwest
Little Falls Minnesota [56345]
Phone 320-632-8578

Joni Therese Mooney
℅ 409 6th Avenue Northwest
Little Falls Minnesota [56345]
cell 320-360-1010

RECEIVED
AUG 1 9 2016
CLERK, U.S. DISTRICT COURT
FERGUS FALLS, MINNESOTA

# U.S. DISTRICT COURT, U.S. DISTRICT OF MINNESOTA [DMN]

## Affidavit, Counter-Claim

this is a Freedom of Information Act request

Regards Alleged Lawful Claim Number: 0:16-cv-02547-SRN-LIB

To: Michael R Pahl, third party Intervener[s] et al, Claimant[s] [Respondent[s]]

From: **William Joseph Mooney and Joni Therese Mooney**, Counter-Claimant [Petitioner[s]]

I/We, **William Joseph Mooney and Joni Therese Mooney**, Native Americans, Beneficiaries of the organic Constitution, Beneficiaries of the Treaty of Sycamore Shoals are natural born living flesh and blood man and wombman [woman] respectively, with inherent rights bestowed from YHWH [Creator Almighty God] submit this affidavit for **WILLIAM JOSEPH MOONEY and JONI THERESE MOONEY** estate trust.

Without the United States, without any doubt I am not a 14th Amendment Citizen.

To Claimant[s] [Respondent[s]] and all interveners, this is not in any way an offer to contract with opposing parties, this response is to manifest the facts, which prove without doubt all allegations, are frivolous.

Owing to the lack of information regards the validation of your Claim, brings possible tort as a result of your threat to violate the safeguards, interests of beneficiaries, and the people's general liberties.

Moreover, the following applies to Michael R Pahl, and all third party Interveners et al:

Limitation in timeliness of claim[s] are as follows:

| | |
|---|---|
| Injury to Person | 1 year |
| Fraud | No Limit |
| Injury to Personal Property | 3 years |
| Professional Malpractice | 1 year |
| Trespass | 3 years |

As result of the above, the Respondents have exceeded reasonable time afforded to them regards timeliness of a lawful claim. Claimant is to provide in ten [10] days, all supportive documentation used to establish current Claim[s]. Provide documentation that clearly illustrates how you are perfecting your Claim[s] regards case action number [0:16-cv-02547-SRN-LIB]. Same documentation needs to show all Claim initiating documents along with clear chain of instruments as used to justify any Claim[s] made via publication[s], recordation's, including any method used to establish same Claim[s], etc. and same request includes maturing instrument[s] that
[in your opinion] validates your Claim[s].

Michael R Pahl, since No State can license anyone to Practice Law, it is requested that you provide your license and your employers license that allows you to Practice Law in the State of Minnesota.

Here and now, forever more this allegation in case action number [0:16-cv-02547-SRN-LIB] is closed with prejudice. Any future correspondence will be considered harassment, and will create an adverse action to suit.

Finally, per tacit acquiescence and tacit procreation, Michael R Pahl, and all third party Interveners et al, Claimant[s] [Respondent[s]] agree that their refusal to cease and desist and failure to respond to this affidavit, acts as their agreement that this same document is herein deemed a counter-claim. And, Claimant[s] [Respondent[s]] agree that **William Joseph Mooney and Joni Therese Mooney**, Counter-Claimant[s] [Petitioner[s]] are entitled to this same Counter-Claimant in the amount of: six hundred and ninety-five million dollars [$695,000,000.00] for damages incurred by their false and fraudulent terroristic actions. Moreover, per tacit acquiescence and tacit procreation, Claimant [Respondent[s]] agree that Counter-Claimant[s] [Petitioner[s]] may use any means necessary to have remedy as it regards this matter.

Use of notary does not grant any Jurisdiction. Petitioner[s] reserve the right to amend this Counter-Claim.
All of the above is true and correct, affirmed over the penalty of perjury

By: _____William Joseph Mooney_____ a.r.
William Joseph Mooney

By: _____Joni Therese Mooney_____ a.r.
Joni Therese Mooney

__Minnesota__ Republic  ]
                        ] - jurat -
__Morrison__ County     ]

My Commission expires: Jan 31, 2018

On this __19__ day of __August__ 2016. William J Mooney + Joni T Mooney, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the persons described in the foregoing affidavit who acknowledged that he|she executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official seal.

notary: _Diane M Korver_

1 of 1

SCANNED
AUG 1 9 2016
U.S. DISTRICT COURT FF

DIANE MARIE KORVER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2018

**RECEIVED**
AUG 19 2016
CLERK, U.S. DISTRICT COURT
FERGUS FALLS, MINNESOTA

# U.S. DISTRICT COURT, U.S. DISTRICT OF MINNESOTA [DMN]

### Affidavit, Counter-Claim

this is a Freedom of Information Act request

Regards Alleged Lawful Claim Number: **0:16-cv-02547-SRN-LIB**

To: UNITED STATES OF AMERICA, US DEPARTMENT OF JUSTICE-TAX DIVISION, third party Intervener[s] et al, Claimant[s] [Respondent[s]]

From: **William Joseph Mooney and Joni Therese Mooney**, Counter-Claimant [Petitioner[s]]

I/We, William Joseph Mooney and Joni Therese Mooney, Native Americans, Beneficiaries of the organic Constitution, Beneficiaries of the Treaty of Sycamore Shoals are natural born living flesh and blood man and wombman [woman] respectively, with inherent rights bestowed from YHWH [Creator Almighty God] submit this affidavit for **WILLIAM JOSEPH MOONEY and JONI THERESE MOONEY** estate trust.

Without the United States, without any doubt we are not 14th Amendment Citizens.

To Claimant[s] [Respondent[s]] and all interveners, this is not in any way an offer to contract with opposing parties, this response is to manifest the facts, which prove without doubt all allegations, are frivolous.

Owing to the lack of information regards the validation of your Claim, brings possible tort as a result of your threat to violate the safeguards, interests of beneficiaries, and the people's general liberties.

Moreover, the following applies to UNITED STATES OF AMERICA, US DEPARTMENT OF JUSTICE-TAX DIVISION, and all third party Interveners et al:

Limitation in timeliness of claim[s] are as follows:

| | |
|---|---|
| Injury to Person | 1 year |
| Fraud | No Limit |
| Injury to Personal Property | 3 years |
| Professional Malpractice | 1 year |
| Trespass | 3 years |

As result of the above, the Respondents have exceeded reasonable time afforded to them regards timeliness of a lawful claim. Claimant is to provide in ten [10] days, all supportive documentation used to establish current Claim[s]. Provide documentation that clearly illustrates how you are perfecting your Claim[s] regards case action number [0:16-cv-02547-SRN-LIB]. Same documentation needs to show all Claim initiating documents along with clear chain of instruments as used to justify any Claim[s] made via publication[s], recordation's, including any method used to establish same Claim[s], etc. and same request includes maturing instrument[s] that [in your opinion] validates your Claim[s].

Here and now, forever more this allegation in case action number [0:16-cv-02547-SRN-LIB] is closed with prejudice. Any future correspondence will be considered harassment, and will create an adverse action to suit.

Finally, per tacit acquiescence and tacit procreation, UNITED STATES OF AMERICA, US DEPARTMENT OF JUSTICE-TAX DIVISION, and all third party Interveners et al, Claimant[s] [Respondent[s]] agree that their refusal to cease and desist and failure to respond to this affidavit, acts as their agreement that this same document is herein deemed a counter-claim. And, Claimant[s] [Respondent[s]] agree that **William Joseph Mooney and Joni Therese Mooney**, Counter-Claimant[s] [Petitioner[s]] are entitled to this same Counter-Claimant in the amount of: six hundred and ninety-five million dollars [$695,000,000.00] for damages incurred by their false and fraudulent terroristic actions. Moreover, per tacit acquiescence and tacit procreation, Claimant [Respondent[s]] agree that Counter-Claimant[s] [Petitioner[s]] may use any means necessary to have remedy as it regards this matter.

Use of notary does not grant any Jurisdiction. Petitioner[s] reserve the right to amend this Counter-Claim.
All of the above is true and correct, affirmed over the penalty of perjury

By: ___*William Joseph Mooney*___ a.r.
William Joseph Mooney

By: ___*Joni Therese Mooney*___ a.r.
Joni Therese Mooney

__Minnesota__   Republic   ]
__Morrison__   County   ]   - **jurat** -
My Commission expires: _Jan 31, 2018_

On this __19__ day of __June__ 2016. _William J Mooney + Joni T Mooney_ personally appeared before me, the undersigned officer authorized to administer oaths, known to me the persons described in the foregoing affidavit who acknowledged that he|she executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official seal.

SCANNED notary: _Diane M Korver_
AUG 19 2016
U.S. DISTRICT COURT FF

1 of 1



DIANE MARIE KORVER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2018