FILED ON DEMAND

RECEIVED

JAN 2 6 2017

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,    )
                             )
            Plaintiff,       )
                             )
        v.                   )    Case No. 0:16-cv-02547- SRN-LIB
William J. Mooney, Joni T. Mooney,    )
And Harbor Holdings, Mid-Atlantic    )
Trustees and Administrators,    )
            Defendants.       )

## Answer

## Demand for Jury Trial

## Saving to Suitors Clause

## Formal Challenge of Jurisdiction on the Record

## Holder in Due Course of Birth Certificates and Bodies

**Exhibits:** (A)  Act of Expatriation and Oath of Allegiance; (B)  UCC Assigned Birth

Certificates of William Joseph Mooney and Joni Therese Hansen Accepted for Value, and

ASSIGNMENT OF REVERSIONARY INTEREST IN WILLIAM JOSEPH MOONEY and JONI

THERESE HANSEN, DEPOSITED TO THE US DEPARTMENT OF TREASURY; (C) Morrison

County Recorded and Certified copy of UCC-1 - Court ordered Name Change, Affidavit of

SCANNED
JAN 27 2017
U.S. DISTRICT COURT MPLS

Ownership, Fully Authenticated Certified "CERTIFICATE OF LIVE BIRTH" sent to

Commissioner John Koskinen or his assigns, giving superior claims to William Joseph

Mooney and Joni Therese Hansen providing Estoppel against any other claim.

Defendants William J. Mooney and Joni T. Mooney are not William Joseph Mooney and

Joni Therese Hansen. The status of William Joseph Mooney *Sui Juris* and Joni Therese

Hansen *Sui Juris,* are that of '"non-resident alien" to the Corporate Federal "United

States". Such agent, official, employee or public officer is directed to take Judicial Notice

of *St. Louis Park Medical Center v. Lethert, 286 F. Sup. 271 and 28 USC §2201. See

Exhibits A, B, C.* All IRS agents and United States Courts are thus barred from making a

"status determination" with regard to federal income taxes and federal income tax laws.

Consequently, if IRS agents and Courts are barred from declaring William Joseph

Mooney *Sui Juris* and Joni Therese Hansen, *Sui Juris,* as "taxpayer". This is prima fade

evidence that the federal income tax is voluntary. Wherefore, both IRS agents and United

States Courts lack jurisdiction and the declared status of the accused must be accepted.

The *IRS Publication 5* states that the nonresident alien (de jure state Citizen) has no

remedy before the United States District Court or Tax Court.  They must go to the U S.

Court of Claims for the District of Columbia or the united States District Court of

Appeals for the District of Columbia.   William Joseph Mooney and Joni Therese Hansen

are not and have never intended to be federal State citizen(s) or Resident(s) as set forth

and defined in the *Buck Act, Title 4 USC §105-110.* William Joseph Mooney and Joni Therese Hansen do not reside in, nor have been citizen(s) or resident(s) of, the federal shadow State of Minnesota. William Joseph Mooney and Joni Therese Hansen do not live in the federal territory of the Central District of Minnesota, district 5 or any other named or unnamed federal district, zone, or area created out of thin air by the Buck Act and other legislation that has usurped power and authority from de jure Government. Before any agent, official, employee or public officer of the United States or one of the federal 51 shadow States created to impersonate the 50 de jure states (See definitions in *31 CFR Part. 1, Sections 51.2 and 52.2)* acts upon the declared status of William Joseph Mooney *Sui Juris* and Joni Therese Hansen *Sui Juris,* as that of '"non-resident alien" to the Corporate Federal "United States". Such agent, official, employee or public officer is directed to take Judicial Notice of *St. Louis Park Medical Center v. Lethert, 286 F. Sup. 271 and 28 USC §2201.* Any and all assumed contracts, signatures, power of attorney, and any signature under penalty of perjury including but not limited to social security, our birth certificates, voters registration, driver's license, passports, marriage license, gun registration, hunting license, fire arms safety certificates, car registration, the draft, zip codes, use of FRN's, W-2, 1040, W-4, 1099, bank signature cards, etc. give no jurisdiction  and are not binding for nondisclosûre and cannot put us in any federal district, zone or area as Minnesota state Nationals and Non-Resident Aliens.

Page 3 of 9

William Joseph Mooney and Joni Therese Hansen do not support the federal international bankruptcy declared legislatively by HJR-192, passed by Congress in 1933 and declared judicially by the United States Supreme Court in *Erie Railway v. Tompkins 1939.* William Joseph Mooney and Joni Therese Hansen do not support the federal 51 shadow States that have taken over the de jure state functions since the 1930's. William Joseph Mooney and Joni Therese Mooney are not "a person" as defined in *Title 26 USC §7343* as one upon whom the District Court has jurisdiction to bring an enforcement action. A complaint  pursuant to *26 USC §7401 and  26 USC §7403* defines the term "Person" to include "an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty by contract to perform the act in respect of which the violation occurs". The only mandatory duty and obligation under law is that promulgated pursuant to *27 CFR Part 70.*

| | | |
|---|---|---|
| 7401 | Judicial Proceedings Authorization | 27 CFR Part 70 |
| 7403 | Judicial Action to Enforce Lien | 27 CFR Part 70 |

NOTE. *27 CFR* is for Alcohol, Tobacco, Firearms and Explosives and excise taxes not income or employment taxes. Title 26 and Title 27 cannot be mixed. William Joseph Mooney and Joni Therese Hansen have no nexus to that regulation shown in the complaint as counterfeit securities presented by the purported government agents herein. Enforcement Regulations promulgated pursuant to the power and authority of *27 CFR Part 70*

*(Alcohol, Tobacco, Firearms and Explosives),* makes it clear that unless the acts and actions of the above named purported federal government officials, including employees, agents, and public officers are predicated upon some material facts that show that William Joseph Mooney and Joni Therese Hansen are engaged in a federally taxable or federally regulated activities, commodities or events pursuant to *27 CFR Part 70,* the acts and actions of the above named purported government agents and officials are based upon false premises and Counterfeit Securities. Pursuant to regulations there is no foundational evidence to support that William Joseph Mooney and Joni Therese Hansen are engaged in a federally regulated activity, event or commodity pursuant to said statutes and regulations.

You are hereby put on <u>NOTICE</u> pursuant to *Title 18 USC* § 4 of the commission of crimes cognizable by a court of the United States under *Title 18 USC §513* to wit: *"513(a) Whoever makes, utters or possesses a counterfeited security of a* State or a *political subdivision thereof or of an organization, or whoever makes, utters or possesses a forged security of a State or political subdivision thereof or of an organization, with intent to deceive another person, organization, or government shall be fined not more than $250,000 or imprisoned not more than ten years, or both".*

There is No Statute of Limitations on Fraud.

United States of America as plaintiff has no standing in this court as a Bankrupt Corporation. Michael R. Pahl is not an injured party and not a trustee of the bankruptcy. The Internal Revenue Service would have to file the complaint as the injured party but in fact is a third party debt collector and subject to Title 15>Chapter>41, and has committed fraud, is not part of the U.S. government, but is incorporated in Puerto Rico. The Internal Revenue Service must have in writing, signed and Verified Written Assessments of all bills, and must be the Real Party in Interest. They have failed to respond to our requests for verified written Assessments.   Internal Revenue Service Notice of liens that are not signed by a Judge but assessed by a third party debt collector are not lawful liens. If the Internal Revenue Service has any document that states or has made any assumption that William Joseph Mooney and Joni Therese Hansen have entered into any contract(s), is false.  Any alleged contract is void without full disclosure. The Internal revenue Service's use of threat, false and misleading forms and information, including mail fraud voids all contracts. William Joseph Mooney or Joni Therese Hansen have not knowing, willingly, with full knowledge, and full disclosure entered into any contract with the Internal Revenue Service to pay any tax.

William Joseph Mooney or Joni Therese Hansen are non-resident aliens, Minnesota state Nationals and not 14 amendment citizens. William Joseph Mooney or Joni Therese Hansen have never knowingly signed or gone through any process to become US citizens. William Joseph Mooney or Joni Therese Hansen are not employees of the US government in Washington DC and have never lived in Washington DC.  All Employees of the US government and citizens of Washington DC owe tax. Plaintiff must show the law that obligates William Joseph Mooney or Joni Therese Hansen to pay tax on pecuniary wages.  No evidence with proof has been provided per our requests from the Internal Revenue Service. All Claims are false.

Plaintiff would have to prove their claims before involving Harbor Holdings. Plaintiff has trespassed on a Private contract in trust form made under common law. Plaintiff and Michael R Pahl are not a party to the private contract and have not proven any obligation exists.  Article 1 Section 10 by way of contract held in fee simple conditional at Common Law. The Contract in Trust form derives no power, or benefit or privilege from any statue according to Croker v Malley, 134 Mass, 264 US 144: Elliot v. Freeman, 220 SW 178: Bretts v. Hackarthotn 252 SW 602, 31 ALR 857; Goldwater v. Oltman 292 p 624;Lleason v. McKay, 134 Mass 419. There is no beneficial interest in this contract in trust form unlike statutory trusts. The U.S. Supreme court has Stated, "we perceive no grounds for grouping the two-beneficiaries and Trustees together, in order to turn them

into an association, uniting their contrasting functions and powers, although they are in

No proper sense associated," Hecht v. Malley, 265 US 144, and State ex. Rel. Great

American Home Savings v. Lee, 233 SW 20, 288 MO. 679. Also it is established as a right

to contract as held in Berry v. McCourt, 204 NE 2nd 235 . It is not so much a Trust as a

contractual relationship based on trust form. Article 1 Section 10-3, of the US

constitution States "No State shall make any law impairing the obligation of contracts,"

That also includes the United States of America. Pure trusts are valid lawful

organizations as held in Lagett V. Kilbourne, 66 US: Coleman V. McKee, 257SW 733; and

Reeves v. Powell, 267 SW 328. Harbor Holdings is not a statutory trust under

governmental regulation. William Joseph Mooney and Joni Therese Hansen's rights to

due process have been violated and because of the defects and lack evidence

presented, thereby deny all allegations 1 through 37, are not in this court's jurisdiction

and are grievously injured parties that must be made whole again. "All Rights

Reserved regards Amendment to this Answer" and "void where prohibited per Common

Law".

By: _All Rights Reserved. without prejudice._ a.r.
Mooney:William Joseph

By: _All Rights Reserved. without prejudice._ a.r.
Hansen:Joni Therese

- jurat -

**Minnesota Republic**     ]

**Morrison County**     ]

On this _26_ day of _January_ 2017, _William J Mooney and Joni T Hansen_, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the person described in the foregoing answer who acknowledged that he/she executes the same in the capacity stated for the purpose herein contained.  In witness whereof, I have hereunto set my hand and official      seal.

notary: _Diane M Korver_ .  My Commission expires: _Jan 31, 2018_

DIANE MARIE KORVER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2018

9 Pages    1957 words

Page 9 of 9