UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 0:16-cv-02547-SRN-LIB |
| | ) | |
| William J. Mooney, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**United States' Request for Entry of Default of
<u>Harbor Holdings, Mid-Atlantic Trustees and Administrators</u>**

The United States requests that the Clerk of Court enter the default of Harbor Holdings, Mid-Atlantic Trustees and Administrators for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure. This request is made under Fed. R. Civ. P. 55(a) and is supported by the declaration of Michael R. Pahl. In brief, Harbor Holdings was personally served with the summons and complaint (Dkt. 14), and has failed to answer or otherwise respond to the complaint as ordered (Dkt. 36, 42, 47). Default is warranted.

Date: February 2, 2017

DAVID A. HUBBERT
Acting Assistant Attorney General

 */s/ Michael R. Pahl*
MICHAEL R. PAHL
Minn. Bar No. 0234539
U.S. Dept. of Justice, Tax Division
P.O. Box 7238
Washington, D.C.  20044
(202) 514-6488 phone
(202) 514-6770 fax
 michael.r.pahl@usdoj.gov

14997105.1

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that service of the United States' Request for Entry of Default of Harbor Holdings, Mid-Atlantic Trustees and Administrators and Declaration of Michael R. Pahl was filed electronically on February 2, 2017 by ECF and that service will be made electronically on all those registered to receive service through that system and by U.S. mail to the defaulting defendant.

                                    <u>/s/Michael R. Pahl</u>
                                    Michael R. Pahl