**FILED ON DEMAND**

RECEIVED
FEB 15 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | •Case No. 0:16-cv-02547- SRN-LIB |
| William J. Mooney, Joni T. Mooney, ) | |
| And Harbor Holdings, Mid-Atlantic ) | |
| Trustees and Administrators, ) | |
| Defendants. ) | |

## Affidavit of Internal Revenue Status Change

We, William Joseph Mooney and Joni Therese Hansen, the undersigned, make this Affidavit of Truth of our own free will, and hereby affirm, declare and swear, under our oath, that we are of legal age and of sound mind and hereby attest that the information contained in this Affidavit is true and correct.

1). I/we are not aware of any proof that that the Internal Revenue has not changed our Status to non-resident alien, American state National and believe none exists. Provide evidence to the contrary.

2). I/we believe the Internal Revenue has updated all US Governments Agencies And believe no evidence to the contrary exists.

3).Joni Therese Hansen and William Joseph Mooney have perfected a security interest as per the revised Article 9 requirements and believe no evidence to the contrary exists.

Page 1 of 2



SCANNED
FEB 15 2017
U.S. DISTRICT COURT MPLS

4). I/we believe that the Authentication of long form Certificate of Live Birth and Affidavit of Ownership creates an estoppel of any claim by any other entity and believe no evidence to the contrary exists.

5). I /we believe that we are not enemies of the state as per Title 50 of the US Code, trading with the Enemy Act and believe no evidence to the contrary exists.

All rights reserved without prejudice

By: _____ a.r.
Mooney: William Joseph

All rights reserved without prejudice

By: _____ a.r.
Hansen: Joni Therese

- jurat -

Minnesota Republic   )
                     ) s.s.
Morrison County      )

My Commission expires: __1/31/2019__

On this 14th day of February, 2017,

__William J Mooney or Joni T Hansen__, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the person described in the foregoing Affidavit of Truth who acknowledged that he/she executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official seal.

notary: _____

TINA E. SCHERPING
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2019

Page 2 of 2