**FILED ON DEMAND**

RECEIVED
FEB 15 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 0:16-cv-02547- SRN-LIB |
| William J. Mooney, Joni T. Mooney, ) | |
| And Harbor Holdings, Mid-Atlantic ) | |
| Trustees and Administrators, ) | |
| Defendants. ) | |

## AFFIDAVIT *of* TRUTH

I, William Joseph Mooney, the undersigned, make this Affidavit of Truth of my own free will, and hereby affirm, declare and swear, under oath, that I am of legal age and of sound mind and hereby attest that the information contained in this Affidavit of Truth is true and correct.

Comes now, William Joseph Mooney, a human being, natural man and not any type of legal fiction.

1). I am not aware of any proof that I am a "U.S. taxpayer" and believe none exists. Provide evidence to the contrary.

2). I am not aware of any proof that I am a "U.S. legal person" and believe none exists. Provide evidence to the contrary.

3). I am not aware of any proof that I am a "U.S. Corporation" and believe

Page 1 of 3

SCANNED
FEB 15 2017
U.S. DISTRICT COURT MPLS

none exists. Provide evidence to the contrary.

4). I am not aware of any proof that I am a "U.S. employee" and believe none exists. Provide evidence to the contrary.

5). I am not aware of any proof that I am a "U.S. employer" and believe none exists. Provide evidence to the contrary.

6). I am not aware of any proof that I am a "UNITED STATES CITIZEN" and believe none exists. Provide evidence to the contrary.

7). I am not aware of any proof that I am a "U.S. FEDERAL EMPLOYEE" and believe none exists. Provide evidence to the contrary.

8). I am not aware of any proof that I am a "U.S. elected official" and believe none exists. Provide evidence to the contrary.

10). I am not aware of any proof that I am a "U.S. individual" and believe none exists. Provide evidence to the contrary.

11). I am not aware of any proof that I am a "U.S. artificial person," 'Trust" or "Francize" and believe none exists. Provide evidence to the contrary.

12). I am not aware of any proof that I am a "U.S. servant" and believe none exists. Provide evidence to the contrary.

13). I am not aware of any proof that I am a "U.S. agent" and believe none exists. Provide evidence to the contrary.

14). I am not aware of any proof that I am a "U.S. officer" and believe none exists. Provide evidence to the contrary.

15). I am not aware of any proof that I am a "resident of a federal judicial district" and believe none exists. Provide evidence to the contrary.

16). I am not aware of any proof that I am a "domiciliary of a federal territory" and believe none exists. Provide evidence to the contrary.

16). I am not aware of any proof that I am a "enfranchised person bound by the 14th Amendment to the federal Constitution" and believe none exists. Provide evidence to the contrary.

17). I am not aware of any proof that I am "one of the entities listed in Title 26 section 6331 (a)" and believe none exists. Provide evidence to the contrary.

All rights reserved without prejudice

By: _____ a.r.
    Mooney: William Joseph

- jurat -

Minnesota Republic   )
                     ) s.s.
Morrison County      )

My Commission expires: 1/31/2019

On this 14th day of February, 2017,

_William J Mooney_____, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the person described in the foregoing Affidavit of Truth who acknowledged that he executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official seal.

notary: _____

TINA E SCHERPING
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2019