RECEIVED
AUG 22 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FILED ON DEMAND

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 0:16-cv-02547- SRN-LIB |
| William J. Mooney, Joni T. Mooney, | ) | |
| And Harbor Holdings, Mid-Atlantic | ) | |
| Trustees and Administrators, | ) | |
| Defendants. | ) | |

# Motion for Summary Judgement with Prejudice

Pursuant to Local Rules 7.1(c), Defendants William Joseph Mooney and Joni Therese Mooney moves for entry of Summary Judgement on all counts of the complaint. In support of the motion, Defendants submit the following materials: Memorandum of law in support of Motion for Summary Judgement with Prejudice, Affidavits, Exhibits and facts of law. Lack of Subject Matter Jurisdiction, lack of proof and no witnesses are the basis for this motion. This Motion is not being presented for delay or to harass and the claims, defenses, and other legal contentions are warranted by existing law to the best of our beliefs (abilities) and intentions as pro se defendants.

SCANNED
AUG 23 2017
U.S. DISTRICT COURT MPLS

Therefore because of the above mentioned issues and matters of Rule 12(b) that demand strict proof, William Joseph Mooney and Joni Therese Hansen are requesting Summary Judgement on all counts with Prejudice and award of damages.

Date: August 22 2017.

All rights reserved without prejudice
By: Mooney: William Joseph a.r.
Mooney: William Joseph

All rights reserved without prejudice
By: Hansen: Joni Therese a.r.
Hansen: Joni Therese

William Joseph Mooney
Joni Therese Mooney
c/o [409] 6th Avenue Northwest
Little Falls, Minnesota [56345-9998]

Phone# 320-632-8578