UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,            ) | |
|                                     ) | |
|        Plaintiff,                   ) | |
|                                     ) | |
| v.                                  ) | Case No.: 0:16-cv-02547-SRN-LIB |
|                                     ) | |
| William J. Mooney, et al.,          ) | |
|                                     ) | |
|        Defendants.                  ) | |

**United States' Notice of Motion for Summary Judgment**

A hearing on the United States' motion for summary judgment will be held at a date and time to be determined by the Court.

Dated: January 10, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*s/Michael R. Pahl*
Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-514-6488 (v)
202-514-6770 (f)
michael.r.pahl@usdoj.gov

16148705.1