UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) ) ) |
| v. | )     Case No.: 0:16-cv-02547-SRN-LIB ) |
| William J. Mooney, et al., | ) ) |
|     Defendants. | ) |

## Declaration of Michael R. Pahl

I am the attorney for the United States in this case and have personal knowledge of the following facts.

1. Attached are selected pages from the deposition transcripts of William and Jodi Mooney, taken in this case on October 10, 2017.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2018                             s/Michael R. Pahl
                                                                              Michael R. Pahl