## FILED ON DEMAND

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
FEB 0 2 2018
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 0:16-cv-02547- SRN-LIB |
| William J. Mooney, Joni T. Mooney, ) | |
| And Harbor Holdings, Mid-Atlantic ) | **Defendant's Demand For** |
| Trustees and Administrators, ) | **Absolute Equity** |
| Defendants. ) | |

By: Mooney, William Joseph
Third Party Intervener
In Absolute Equity

### NOTICE FOR ENTRY OF SPECIAL VISITATION OF THIRD PARTY INTERVENER

**COMES NOW** William J. Mooney, and Joni T. Mooney Ens legis, who are giving Notice for Entry of Special Visitation of Third Party Intervener, Mooney, William Joseph, and Mooney, Joni Therese, who are Native Americans and pre-March 9, 1933 private Citizens and Beneficiaries of the organic Constitution of the united States of America; Minnesotans, not a U.S. citizens. Mooney, William Joseph and Mooney, Joni Therese are a party of interest in this matter as one who is secondary liable as title holder and subrogee in this case.

We unconditionally grant Mooney, William Joseph and Mooney, Joni Therese full authority to act on our behalf as agents with Durable Attorney-in-Fact. See attached

SCANNED
FEB 0 2 2018
U.S. DISTRICT COURT ST. PAUL

State of Minnesota Assumed Name Certification with Durable Attorney-In-Fact incorporated herein by reference as if appearing in its entirety. ( SEE) Exhibit: NOTICE OF ENTRY OF SPECIAL VISITATION OF THIRD PARTY INTERVENER.

Whereas the outcome of this case concerns a claim by the legal fiction, INTERNAL REVENUE SERVICE on behalf of the UNITED STATES OF AMERICA, our remedy in equity is guaranteed by the sovereign Constitution of the United States of America, and by the Minnesota Constitution, as a right of due process of law. Having observed a conflict between statutory law and equity, we demand this case to proceed in Absolute Equity jurisdiction.

Respectfully William J. Mooney and
Joni T. Mooney

By: /s/ Mooney: William Joseph
Mooney, William Joseph, authorized representative
Durable Attorney in fact, Executor and beneficiary,
reserving all rights, without recourse; mailing
address:  409 6th Avenue Northwest
near Little Falls,, Minnesota [EXEMPT]
Telephone:  320-632-8578

By: *Mooney, Joni Therese* (signature)
Mooney, Joni Therese
Authorized representative, Durable Attorney-in Fact, beneficiary, reserving all rights, without recourse;
409 6th Avenue Northwest
near Little Falls, Minnesota [EXEMPT]
Telephone: 320-632-8578

- jurat -

<u>Minnesota Republic</u>   ]
                          ] ss
<u>Morrison County</u>     ]

On this __2nd__ day of __February__ 2018, __William Joseph Mooney and Joni Therese Mooney__, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the person described in the foregoing answer who acknowledged that he/she executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official

notary: __Paula K. Theisen__ (signature)                                    seal.

My Commission expires: __01/31/2021__

[Seal: PAULA K. THEISEN, NOTARY PUBLIC - MINNESOTA, MY COMMISSION EXPIRES JANUARY 31, 2021]