FILED ON DEMAND

RECEIVED
FEB 02 2018
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  )
                           )
    Plaintiff,             )
                           )
    v.                     )     Case No. 0:16-cv-02547- SRN-LIB
                           )
William J. Mooney, Joni T. Mooney, )
And Harbor Holdings, Mid-Atlantic  )
Trustees and Administrators,       )
    Defendants.            )

## AFFIDAVIT NOTICE OF INTEREST

Comes Now Harbor Holdings Trust as represent by Trustee Kerry Lee Augustine.

The Matter set before is sworn and affirmed to by this Affidavit of ownership of the property, house and land at 409 6th Avenue Northwest, Little Falls Minnesota 56345. Property described as Lots 9, 10, 11, 12, and 13 in block II of Thayer's Addition to the City of Little Falls Minnesota, Morrison County.

Further Affiant Sayeth Not.

SCANNED
FEB 02 2018
U.S. DISTRICT COURT ST. PAUL

All Rights Reserved, Without Prejudice
By: _____
Augustine:Kerry Lee, Harbor Holdings Trustee

- jurat -

*CERTIFIED COPY*
*ALL ~~RIGHTS RESERVED~~*
*Augustine*
*January 31, 2018*

Florida   Republic   ]
                    ] ss
Manatee   County    ]

On this __31__ day of __January__ 2018, __Kerry Lee Augustine__, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the person described in the foregoing answer who acknowledged that he/she executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official

notary: __Deborah A Munro__                                  seal

My Commission expires: __11/16/2018__

Deborah A. Munroe
Notary Public
State of Florida
My Commission Expires 11/16/2018
Commission No. FF 176693

Page 2 of 2