**FILED ON DEMAND**

RECEIVED
FEB 02 2018
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, )<br> )<br> Plaintiff, )<br> )<br> v. )<br>William J. Mooney, Joni T. Mooney, )<br>And Harbor Holdings, Mid-Atlantic )<br>Trustees and Administrators, )<br> Defendants. ) | Case No. 0:16-cv-02547- SRN-LIB<br><br>**Defendant's Demand For Absolute Equity** |

By: Mooney, William Joseph
Third Party Intervener
In Absolute Equity

---

### AFFIDAVIT IN SUPPORT OF DEMAND TO SHOW CAUSE

---

**COMES NOW** William J. Mooney and Joni T. Mooney, Ens legis giving Notice for Entry of Special Visitation of Third Party Interveners, Mooney, William Joseph and Mooney, Joni Therese, who are Native Americans and pre-March 9, 1933 private Citizens not subject to the emergency Banking Relief act and Beneficiaries of the organic Constitution of the united States of America. We are Minnesotans, not a U.S. citizens or so-called "Sovereign Citizens".

As Durable Attorneys-in-Fact for the defendants, we are agents certified by the State of Minnesota Secretary of State as title holders of the estates of William J. and Joni T. Mooney. Said certifications are recorded in Morrison County, Minnesota Office of the Recorder.

Page 1 of 3

SCANNED
FEB 02 2018
U.S. DISTRICT COURT ST. PAUL

As private Citizens, we have observed a conflict between statutory and equity and where there is a conflict between the rules of law and the rules of equity, the rules of equity always prevail. This conflict with the letter of the law violates the spirit of the law, in as much as we did not damage any property or knowingly bring harm to anyone. We are however, compelled against our will into commerce with this commercial transaction, and by special visitation come to protect the estate. We wherefore demand for a hearing in absolute equity and being secondarily liable, we demand the court certify in writing our right of subrogation and full accounting in this matter.

Finally, having not seen an injured party, we nonetheless wish to remain in honor and offer settlement for closure of this matter. Therefore, out of convenience and necessity and with clean hands, we offer a private bond for settlement and closure of this case for the benefit of all parties concerned and this court.

                        Respectfully for William J. Mooney and

                        Joni T. Mooney,

By: _____
Mooney/William Joseph
Authorized representative, Durable Attorney-in
Fact, beneficiary, reserving all rights, without
recourse;
409 6th Avenue Northwest
near Little Falls, Minnesota [EXEMPT]
Telephone: 320-632-8578

By: _Mooney, Joni Therese_
Mooney, Joni Therese

Authorized representative, Durable Attorney-in Fact, beneficiary, reserving all rights, without recourse;

409 6th Avenue Northwest

near Little Falls, Minnesota [EXEMPT]

Telephone: 320-632-8578

- jurat -

Minnesota Republic    ]
                      ] ss
<u>Morrison County</u>       ]

On this __2nd__ day of __February__ 2018, __William Joseph Mooney and Joni Therese Mooney__, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the person described in the foregoing answer who acknowledged that he/she executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official

notary: __Paula K Theisen__                    seal.

My Commission expires: __01/31/2021__



PAULA K. THEISEN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2021