# FILED ON DEMAND

RECEIVED

MAY 1 2018

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 0:16-cv-02547- SRN-LIB |
| William J. Mooney, Joni T. Mooney, | ) |
| And Harbor Holdings, Mid-Atlantic | ) |
| Trustees and Administrators, | ) |
| Defendants. | ) |

## Answer and Objection to Report and Recommendation Affidavit

Comes now Mooney, William Joseph and Mooney, Joni Therese tile holders of

the Estates and Durable Attorneys of Fact for the Entity's, William J. Mooney and Joni T.

Mooney.  *See: Exhibit "Assumed Name for William J. Mooney" and also See: Exhibit
"Assumed Name for Joni T. Mooney".*

Also Mooney, William Joseph and Mooney, Joni Therese Object and do not

give their consent to the Report and Recommendation. Mooney, William Joseph and

Mooney, Joni Therese, pray the Judge Susan Richard Nelson will take into consideration

The points listed below and deny Plaintiffs motion for summary Judgement for the

following reasons:

1. Assessments made to William J. Mooney and Joni T. Mooney were made



SCANNED

MAY 0 1 2018

U.S. DISTRICT COURT MPLS

without our consent.  William J. Mooney and Joni T. Mooney self-assessed and did not consent agree or sign any other assessment.

2. The IRS form 4549 assessments were made by an IRS officer in violation of **IRM 5.1.11.6.8 (03-01-2007)    IRC 6020(b) Authority.**  1040 taxes are clearly not listed as one that the Treasury can do an assessment on.

3. The IRS filing of an assessment return for the Defendants is Illegal. The IRS changed the return.  The IRS did a 4549 to get around the Prohibition of a Substitute For Return in deliberate violation of **IRM 5.1.11.6.8 (03-01-2007).  IRC 6020(b) Authority.** This clearly negates any alleged jurisdiction the court or IRS has in these proceedings.  The Defendants have not consented to any assessments.

4. The Court and the IRS have said they have jurisdiction but have refused to to show it. This is a clear violation of Due Process and ground for an appeal.

5. The IRS has been asked repeatedly to show the law that puts a Duty or Obligation on the Defendants to pay a 1040 tax.  The Plaintiff and the agency of the IRS,  has refused to provide the statute written by Congress which makes the Defendants  liable for income tax.  The IRS has refused to answer, creating more Due Process violations, negating Jurisdiction and has committed fraud.

*Boathe v. Terry, 713 F.2d 1405, at 1414 (1983)*
*"The taxpayer must be liable for the tax. Tax liability is a condition precedent to the demand. Merely demanding payment, even repeatedly, does not cause liability".*

## FRAUD -

*An intentional perversion of the truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right; a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury.....Black Law Dictionary 6th Edition page 660.*

6. Plaintiffs Motion for Summary Judgment should have been submitted before October 15th 2017 according to the judges order. The Plaintiff and Defendants had agreed on the Scheduling Order. That agreement has been broken and Summary Judgement must be denied. No **LR 16.3** was filed. Also the defendant's right to Jury Trial has been violated and Due Process rights violated.

7. The court has allowed a magistrate judge to make a recommendation when we specifically said we did not consent to a magistrate judge. The court has denied our right to a judge with further violations of Due Process.

8. The Judiciary Act of September 24, 1789 and the third article to the Constitution of the United States of America says, only Congress can make law. The court was never given authority to make law, so case law is a misnomer. Case law is a violation of the constitution because the constitutional provisions only permit congress to make law not the courts. So constitutionally speaking there is no such thing as case law because case law amounts to unconstitutional law.

9. No clear and convincing evidence given by testimony under oath with the

penalty of perjury and subject to cross examination has been presented,

denying Due Process of law and is grounds for an appeal.

10. The court has denied our right to subrogation.

## Conclusion

Because of the violations of due process, lack of jurisdiction and the IRS

violating their own statues, as well as the Plaintiffs violation of scheduling agreement

and denying the defendant's right to jury trial, the Motion for Summary Judgement

must be denied and this matter be dismissed.

The aforementioned is affirmed and attested to as factual and is wholly accurate as

presented on April 30, 2018 so help me God.

Respectfully summited; by Mooney, William Joseph and Mooney, Joni Therese estate

holders and Durable Attorney of Fact for William J. Mooney and Joni T. Mooney.

All rights reserved, without prejudice

By: _____ a.r.

Mooney: William Joseph, *Sui Juris*

- **jurat** -

Minnesota Republic    ]
                      ] ss
Morrison County       ]

On this ___1st___ day of ____May____ 2018,

__William Joseph Mooney__, personally
appeared before me, the undersigned officer authorized to administer oaths, known to
me the person described in the foregoing answer who acknowledged that he/she
executes the same in the capacity stated for the purpose herein contained.  In witness
whereof, I have hereunto set my hand and official

seal.

notary: _____

My Commission expires: __01/31/21__

PAULA K. THEISEN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2021

Word count: 102% words

Page 5 of 6

All rights reserved, without prejudice

By: _Mooney: Joni Therese_ a.r.

Mooney: Joni Therese, *Sui Juris*

**- jurat -**

Minnesota Republic     ]
                       ] ss
<u>Morrison County</u>     ]

On this _30_ day of _April_ 2018,

_Joni Therese Mooney_ , personally
appeared before me, the undersigned officer authorized to administer oaths, known to
me the person described in the foregoing answer who acknowledged that he/she
executes the same in the capacity stated for the purpose herein contained.  In witness
whereof, I have hereunto set my hand and official

notary: _____

My Commission expires: _Jan 31 2023_

TIMOTHEN P. TWARDOWSKI
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2023

Word count: 1028 words