RECEIVED
JUN 13 2018
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Plaintiff(s)

LR 7.1(f) & LR 72.2(d)
**CERTIFICATE OF COMPLIANCE**

v.

Case Number: 16-cv-02547-SRN-LIB

William J. Mooney, Joni T. Mooney,
And Harbor Holdings, Mid-Atlantic
Trustees and Administrators

Defendant(s)

---

I, William Joseph Mooney   *[name of filer]*, certify that the

☐ Memorandum titled: Motion to Dismiss and Motion to Vacate Judgment
complies with Local Rule 7.1(f).

or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

☑ Used the following word processing program and version: MS Word 2013
and that this word processing program has been applied specifically to include all text,
including headings, footnotes, and quotations in the following word count.

or

☐ Counted the words in the document.

I further certify that the above document contains the following number of words: 3083

Date: ~~04/30/2018~~
06-13-2015

s/ By: _[signature]_ a.r.
Name Mooney; William Joseph

Address 1  c/o [409] 6th Avenue Northwest
Address 2  Little Falls, Minnesota [56345-9998]
Phone      320-632-8578
Email
Bar ID

SCANNED
JUN 14 2018
U.S. DISTRICT COURT MPLS