16-CV-2547
SRN/4B

RECEIVED

JUN 13 2018

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



# TITLE 28

# United States Code



*Congressional Service*

Pages 1487–2174

80th Congress — 2d Session

## Epochal Legislation

*New*

### Title 28 — United States Code
### Judiciary and Judicial Procedure

Approved June 25, 1948
Effective September 1, 1948

WEST PUBLISHING CO.          EDWARD THOMPSON CO.

Attachment 1 - page 1 of 38

SCANNED

JUN 14 2018

U.S. DISTRICT COURT MPLS

Attachment #1 Page 1 of 38



**WASHINGTON, D. C.**

July, 1948

# NEW TITLE 28—UNITED STATES CODE
# JUDICIARY AND JUDICIAL PROCEDURE

Not since 1911 has Congress passed a bill of such epochal importance to the bench and bar as H.R. 3214 revising laws relating to the Federal judiciary and judicial procedure.

This revision of Title 28 of the United States Code ranks in importance with the Judiciary Act of 1789, the Revised Statutes of 1873–74 and the Judicial Code of 1911.

As a special service to those who administer justice from the bench and at the bar, this pamphlet includes the most authoritative and complete legislative history yet published in connection with a Federal law. Special attention is directed to the table of contents in which is enumerated historical and interpretive aids to a study of the new Title 28 as set out in this pamphlet.

## OUTLINE OF HISTORY

Early in 1944 work on the revision of Title 28 was commenced under the direction of the House Committee on Revision of the Laws. The work was done by the West Publishing Company, of St. Paul, Minnesota, and the Edward Thompson Company, of Brooklyn, New York, compilers of the United States Code. The editorial staffs of these two companies were augmented by expert revisers and consultants, and assisted by an Advisory Committee of distinguished judges and lawyers.

A copyrighted Feature of the U. S. Code Congressional Service

i

## NEW TITLE 28—UNITED STATES CODE

The Advisory Committee held its first meeting at Brooklyn, New York, on February 5, 1945, and reviewed the work then completed which comprised Part I of the proposed title.

On May 28, 1945, the Advisory Committee met at Hershey, Pennsylvania, and reviewed the work then completed which comprised Parts I–IV of the proposed title.

Congressman Keogh, Chairman of the House Committee on Revision of the Laws, introduced H. R. 3498 in the seventy-ninth Congress, on June 19, 1945, incorporating Part I of revised Title 28. The bill was referred to such Committee, but no Committee action was taken.

On December 3, 1945 the Advisory Committee met at Washington, D. C., and reviewed the completed revision.

The fourth and final meeting of the Advisory Committee was held at Washington, D. C., on April 1–3, 1946, at which time further recommendations and proposed changes were reviewed.

On July 24, 1946, Congressman Keogh reported an original bill, H. R. 7124, in the seventy-ninth Congress, containing the completed revision, which was committed to the Committee of the Whole House on the State of the Union. House Report No. 2646, July 24, 1946, to accompany the bill, was printed and issued by the House Committee on Revision of the Laws, but the seventy-ninth Congress ended before any further action was taken.

The late Congressman Robsion, Chairman of Subcommittee No. 1 of the House Judiciary Committee, introduced H. R. 2055 in the Eightieth Congress, a successor bill to H. R. 7124, and incorporating laws subsequently to the introduction of H. R. 7124 in the prior Congress. The bill was referred to the House Judiciary Committee which, in the reorganization of Congressional committees, had absorbed the previous House Committee on Revision of the Laws.

Subcommittee No. 1 of the House Judiciary Committee held a hearing on H. R. 2055, on March 7, 1947.

On April 22, 1947, the House Judiciary Committee reported favorably on H. R. 2055, but recommended a substitute bill, H. R. 3214, incorporating additional changes.

Congressman Robsion introduced H. R. 3214 in the Eightieth Congress on April 25, 1947, which was referred to the House Judiciary Committee, and committed to the Committee of the Whole House on the State of the Union. House Report No. 308, April 25, 1947, to accompany H. R. 3214, 80th Congress, was printed and issued by the House Judiciary Committee.

H. R. 3214, with amendments, was passed in the House on July 7, 1947, and was referred to the Senate Judiciary Committee.

ii

**JUDICIARY AND JUDICIAL PROCEDURE**

A subcommittee of the Senate Judiciary Committee, with Senator Donnell of Missouri as Chairman, held hearings on H. R. 3214, on April 22–24, 1948.

On June 9, 1948, the Senate Judiciary Committee reported out H. R. 3214, with amendments, accompanied by Senate Report No. 1559.

The bill, with amendments, was passed by the Senate on June 12, 1948, followed by a motion to reconsider.  The motion to reconsider was withdrawn on June 15, 1948, and on June 16, 1948, the House concurred in the Senate amendments.  As finally passed, the bill incorporated all laws affecting Title 28 up to and including January 5, 1948.

### EFFECTIVE DATE

This new Title 28, United States Code, becomes effective on September 1, 1948.

iii

The following are facsimile signatures appended to
H.R. 3214 — Title 28, United States Code,
Judiciary and Judicial Procedure.

———

*Speaker of the House of Representatives.*

*President of the Senate pro tempore.*

Approved
June 25 1948

Harry Truman

12:25 P. M. E. D. T.

# United States Code

# Congressional Service

## 80th Congress — Second Session

## 1948

## New

# Title 28, United States Code
# Judiciary and Judicial Procedure

**With**
**Official Legislative History**
**and**
**Reviser's Notes**

St. Paul, Minn.            Brooklyn, N. Y.
**West Publishing Co.    Edward Thompson Co.**

345.2
UA
copies

Copyright, 1948

By

West Publishing Co. & Edward Thompson Company

U.S.Cong.Serv. '48

# CONTENTS

———

|  | Page |
|---|---|
| President and Cabinet - - - - - - - - - - - - - - - | VII |
| Senate - - - - - - - - - - - - - - - - - - - - | IX |
| House of Representatives - - - - - - - - - - - - - | XIII |
| Delegates and Resident Commissioners - - - - - - - | XXIII |
| Senate Judiciary Committee - - - - - - - - - - - | XXIV |
| House of Representatives Judiciary Committee - - - - | XXV |
| Advisory Committee - - - - - - - - - - - - - - - | XXVI |
| Judicial Conference Committee - - - - - - - - - - | XXVII |
| Revision Staff - - - - - - - - - - - - - - - - - | XXVIII |
| Acknowledgment - - - - - - - - - - - - - - - - - | XXIX |

## THE CONGRESS

Act June 25, 1948, C. 646, 62 Stat. —— (H.R. 3214).

Section 1.  New Title 28, United States Code - - - - 1487

Sections 2–39.  Miscellaneous Provisions

Section 2.  Preserving status of courts, judges and employees, rights and proceedings - - 1639

Sections 3–31.  Amendments of other laws  - - - 1640

Section 32.  Definitions; names of courts and titles of judges - - - - - - - - - - 1647

Section 33.  Prohibiting inference of legislative construction - - - - - - - - - - - 1647

Section 34.  Separability provision - - - - - - 1647

Section 35.  Repealing two sections of the Canal Zone Code - - - - - - - - - - 1647

Section 36.  Amendment of Internal Revenue Code, section 1141(a) - - - - - - - - 1647

Section 37.  Amendment of Act August 7, 1946, Chapter 864 - - - - - - - - - - 1648

Section 38.  Effective date  - - - - - - - - 1648

Section 39.  Repeal of laws - - - - - - - - 1649

## LEGISLATIVE HISTORY

Senate Report No. 1559 - - - - - - - - - - - - - - 1675

House Report No. 308 - - - - - - - - - - - - - - 1692

Preliminary Statement:

Scope of Revision - - - - - - - - - - - - 1692

History of the Judicial Code - - - - - - - - 1693

Staff of experts assembled - - - - - - - - - 1694

**Attachment 1 - page 8 of 38**

## CONTENTS

| | Page |
|---|---|
| Advisory Committee - - - - - - - - - - - | 1694 |
| Judicial Conference Committee - - - - - - - | 1694 |
| Supreme Court Committee - - - - - - - - - | 1695 |
| Committee meetings - - - - - - - - - - - | 1695 |
| Cooperation with Bench and Bar - - - - - - | 1695 |
| Cooperation with Federal agencies - - - - - - | 1695 |
| Classification and numbering - - - - - - - - | 1696 |
| Style - - - - - - - - - - - - - - - - - | 1696 |
| Consolidation of sections - - - - - - - - - | 1696 |
| Examples of changes in law - - - - - - - - | 1696 |
| Amendments and repeals - - - - - - - - - | 1698 |
| Reviser's notes and tables - - - - - - - - - | 1699 |
| Report by the Attorney General - - - - - . - - | 1699 |
| Reviser's notes - - - - - - - - - - - - - - - - | 1701 |

Hearing by Subcommittee No. 1 of House Judiciary Committee - - - - - - - - - - - - - - - - - - 1940

Statement of—

Hon. Edward J. Devitt, a Representative in Congress
from the State of Minnesota - - - - - - - - 1942

Hon. Eugene J. Keogh, a Representative in Congress
from the State of New York - - - - - - - - 1944

Justin Miller, president, National Association of
Broadcasters - - - - - - - - - - - - - - 1950

Hon. Albert B. Maris, United States Circuit Judge
for the Third Circuit, Philadelphia - - -.- - - - 1957

William W. Barron, Chief Reviser, West Publishing
Co. - - - - - - - - - - - - - - - - - - 1961

James William Moore, Professor of Law, Yale University - - - - - - - - - - - - - - - - 1965

Letter from Floyd E. Thompson, former Chief Justice of
the Illinois Supreme Court - - - - - - - - - - 1971

Letter from Harvey T. Reid, Editor in chief, West Publishing Co. - - - - - - - - - - - - - - - - 1971

Statement submitted by Hon. John B. Sanborn, United
States Circuit Judge for the Eighth Circuit - - - - - 1972

Statement submitted by Hon. Walter P. Armstrong, former President of the American Bar Association - - - - 1973

Letter from John T. Cahill, attorney at law, New York
City - - - - - - - - - - - - - - - - - - - 1973

Statement of—

Hon. Harold I. Baynton, special assistant to the Attorney General - - - - - - - - - - - - - 1974

Hon. Fred E. Strine, Criminal Division, Department
of Justice - - - - - - - - - - - - - - - - 1975

Leland Tolman, Administrative Office of the United
States Court - - - - - - - - - - - - - - 1976

IV

**CONTENTS**

| | Page |
|---|---|
| Meldrim Thomson, Editor in chief, Edward Thompson Co. - - - - - - - - - - - - - - - | 1977 |
| Robert F. Klepinger, attorney at law, Washington, D. C. - - - - - - - - - - - - - - - | 1978 |
| Charles J. Zinn, Law Revision Counsel, Committee on the Judiciary - - - - - - - - - - - - | 1980 |
| Letter from Hon. John J. Parker, United States Circuit Judge for the Fourth Judicial Circuit - - - - - - | 1982 |
| Statement of John F. X. Finn, New York, former special counsel for the House Committee on Revision of the Laws and member of the New York State Law Revision Commission - - - - - - - - - - - - - | 1982 |
| Congressional Record; debate and discussion - - - - | 1986 |
| Remarks of Representative Sam Hobbs of Alabama | 1986 |
| House floor discussion and action - - - - - - - | 1992 |
| Senate floor discussion and action - - - - - - - | 2019 |
| Final House floor discussion and action - - - - | 2030 |

**TABLES**

| | |
|---|---|
| Table 1—United States Code - - - - - - - - - - - | 2041 |
| Table 2—Canal Zone Code - - - - - - - - - - - | 2047 |
| Table 3—District of Columbia Code - - - - - - - - | 2047 |
| Table 4—Judicial Code of 1911 - - - - - - - - - | 2048 |
| Table 5—Acts by popular name - - - - - - - - - - | 2051 |

**INDEX**

| | |
|---|---|
| Index - - - - - - - - - - - - - - - - - - - - - | 2053 |

**PRESIDENT**                    Harry S. Truman

## CABINET

| | |
|---|---|
| SECRETARY OF STATE | George C. Marshall |
| SECRETARY OF THE TREASURY | John W. Snyder |
| SECRETARY OF DEFENSE | James V. Forrestal |
| ATTORNEY GENERAL | Tom C. Clark |
| POSTMASTER GENERAL | Jesse M. Donaldson |
| SECRETARY OF THE INTERIOR | Julius Albert Krug |
| SECRETARY OF AGRICULTURE | Charles Franklin Brannan |
| SECRETARY OF COMMERCE | Charles Sawyer |
| SECRETARY OF LABOR | |

VII

# SENATE

| | |
|---|---|
| PRESIDENT PRO TEMPORE | Arthur H. Vandenberg |
| SECRETARY | Carl A. Loeffler |
| PARLIAMENTARIAN | Charles L. Watkins |
| SERGEANT AT ARMS | Edward F. McGinnis |
| POSTMASTER | J. W. Clóverdale |
| CHAPLAIN | Rev. Peter Marshall, D.D. |

---

| | |
|---|---|
| MAJORITY LEADER | Wallace H. White, Jr. |
| MAJORITY WHIP | Kenneth S. Wherry |
| MINORITY LEADER | Alben W. Barkley |
| MINORITY WHIP | Scott W. Lucas |

| | Party | City |
|---|---|---|
| **ALABAMA** | | |
| Hill, Lister | D | Montgomery |
| Sparkman, John J. | D | Huntsville |
| **ARIZONA** | | |
| Hayden, Carl | D | Phoenix |
| McFarland, Ernest W. | D | Florence |
| **ARKANSAS** | | |
| McClellan, John L. | D | Camden |
| Fulbright, J. William | D | Fayetteville |
| **CALIFORNIA** | | |
| Downey, Sheridan | D | Laguana Beach |
| Knowland, William F. | R | Oakland |
| **COLORADO** | | |
| Johnson, Edwin C. | D | Craig |
| Millikin, Eugene D. | R | Denver |
| **CONNECTICUT** | | |
| McMahon, Brien | D | South Norwalk |
| Baldwin, Raymond E. | R | Stratford |
| **DELAWARE** | | |
| Buck, C. Douglass | R | Wilmington |
| Williams, John J. | R | Millsboro |
| **FLORIDA** | | |
| Pepper, Claude | D | Tallahassee |
| Holland, Spessard L. | D | Bartow |
| **GEORGIA** | | |
| George, Walter F. | D | Vienna |
| Russell, Richard B. | D | Winder |
| **IDAHO** | | |
| Taylor, Glen H. | D | Pocatello |
| Dworshak, Henry C. | R | Burley |
| **ILLINOIS** | | |
| Lucas, Scott W. | D | Havana |
| Brooks, C. Wayland | R | Chicago |

IX

## SENATE

| | Party | City |
|---|---|---|
| **INDIANA** | | |
| Capeheart, Homer E. | R | Washington |
| Jenner, William E. | R | Bedford |
| **IOWA** | | |
| Wilson, George A. | R | Des Moines |
| Hickenlooper, Bourke B. | R | Cedar Rapids |
| **KANSAS** | | |
| Capper, Arthur | R | Topeka |
| Reed, Clyde M. | R | Parsons |
| **KENTUCKY** | | |
| Barkley, Alben W. | D | Paducah |
| Cooper, John Sherman | R | Somerset |
| **LOUISIANA** | | |
| Feazel, W. C. | D | Monroe |
| Ellender, Allen J. | D | Houma |
| **MAINE** | | |
| White, Wallace H., Jr. | R | Auburn |
| Brewster, Owen | R | Dexter |
| **MARYLAND** | | |
| Tydings, Millard E. | D | Havre de Grace |
| O'Conor, Herbert R. | D | Annapolis |
| **MASSACHUSETTS** | | |
| Saltonstall, Leverett | R | Chestnut Hill |
| Lodge, Henry Cabot Jr. | R | Beverly |
| **MICHIGAN** | | |
| Vandenberg, Arthur H. | R | Grand Rapids |
| Ferguson, Homer | R | Detroit |
| **MINNESOTA** | | |
| Ball, Joseph H. | R | St. Paul |
| Thye, Edward J. | R | Northfield R. F. D. |
| **MISSISSIPPI** | | |
| Eastland, James O. | D | Ruleville |
| Stennis, John C. | D | DeKalb |
| **MISSOURI** | | |
| Donnell, Forrest C. | R | Webster Grove |
| Kem, James P. | R | Kansas City |
| **MONTANA** | | |
| Murray, James E. | D | Butte |
| Ecton, Zales N. | R | Manhattan |
| **NEBRASKA** | | |
| Butler, Hugh | R | Omaha |
| Wherry, Kenneth S. | R | Pawnee City |
| **NEVADA** | | |
| McCarran, Pat | D | Reno |
| Malone, George W. | R | Reno |
| **NEW HAMPSHIRE** | | |
| Bridges, Styles | R | Concord |
| Tobey, Charles W. | R | Temple |
| | X | |

## SENATE

| NEW JERSEY | Party | City |
|---|---|---|
| Hawkes, Albert W. | R | Montclair |
| Smith, H. Alexander | R | Princeton |
| **NEW MEXICO** | | |
| Hatch, Carl A. | D | Clovis |
| Chavez, Dennis | D | Albuquerque |
| **NEW YORK** | | |
| Wagner, Robert F. | D | New York City |
| Ives, Irving M. | R | Norwich |
| **NORTH CAROLINA** | | |
| Umstead, William B. | D | Durham |
| Hoey, Clyde R. | D | Shelby |
| **NORTH DAKOTA** | | |
| Langer, William | R | Bismarck |
| Young, Milton R. | R | Berlin |
| **OHIO** | | |
| Taft, Robert A. | R | Cincinnati |
| Bricker, John W. | R | Upper Arlington |
| **OKLAHOMA** | | |
| Thomas, Elmer | D | Medicine Park |
| Moore, E. H. | R | Tulsa |
| **OREGON** | | |
| Cordon, Guy | R | Roseburg |
| Morse, Wayne | R | Eugene |
| **PENNSYLVANIA** | | |
| Myers, Francis J. | D | Philadelphia |
| Martin, Edward | R | Washington |
| **RHODE ISLAND** | | |
| Green, Theodore Francis | D | Providence |
| McGrath, J. Howard | D | Providence |
| **SOUTH CAROLINA** | | |
| Maybank, Burnet R. | D | Charleston |
| Johnston, Olin D. | D | Spartanburg |
| **SOUTH DAKOTA** | | |
| Gurney, Chan | R | Yankton |
| Bushfield, Harlan J. | R | Miller |
| **TENNESSEE** | | |
| McKellar, Kenneth | D | Memphis |
| Stewart, Tom | D | Winchester |
| **TEXAS** | | |
| Connally, Tom | D | Marlin |
| O'Daniel, W. Lee | D | Fort Worth |
| **UTAH** | | |
| Thomas, Elbert D. | D | Salt Lake City |
| Watkins, Arthur V. | R | Orem |
| **VERMONT** | | |
| Aiken, George D. | R | Putney |
| Flanders, Ralph E. | R | Springfield |

XI

**SENATE**

| | Party | City |
|---|---|---|
| **VIRGINIA** | | |
| Byrd, Harry Flood | D | Berryville |
| Robertson, A. Willis | D | Lexington |
| **WASHINGTON** | | |
| Magnuson, Warren G. | D | Seattle |
| Cain, Harry P. | R | Tacoma |
| **WEST VIRGINIA** | | |
| Kilgore, Harley M. | D | Beckley |
| Revercomb, Chapman | R | Charleston |
| **WISCONSIN** | | |
| Wiley, Alexander | R | Chippewa Falls |
| McCarthy, Joseph R. | R | Appleton |
| **WYOMING** | | |
| O'Mahoney, Joseph C. | D | Cheyenne |
| Robertson, Edward V. | R | Cody |

**Republicans** - - - - - - 51
**Democrats** - - - - - - 45

XII

# HOUSE OF REPRESENTATIVES

| | |
|---|---|
| SPEAKER | Joseph W. Martin, Jr. |
| CLERK | John Andrews |
| PARLIAMENTARIAN | Lewis Deschler |
| SERGEANT AT ARMS | William F. Russell |
| DOORKEEPER | M. L. Meletio |
| POSTMASTER | Frank W. Collier |
| CHAPLAIN | Rev. James Shera Montgomery, D.D. |

---

| | |
|---|---|
| MAJORITY LEADER | Charles A. Halleck |
| MAJORITY WHIP | Leslie C. Arends |
| MINORITY LEADER | Sam Rayburn |
| MINORITY WHIP | John W. McCormack |

| | Party | Dist. | City |
|---|---|---|---|
| **ALABAMA** | | | |
| Boykin, Frank W. | D | 1 | Mobile |
| Grant, George M. | D | 2 | Troy |
| Andrews, George W. | D | 3 | Union Springs |
| Hobbs, Sam | D | 4 | Selma |
| Rains, Albert | D | 5 | Gadsden |
| Jarman, Pete | D | 6 | Livingston |
| Manasco, Carter | D | 7 | Jasper |
| Jones, Robert E., Jr. | D | 8 | Scottsboro |
| Battle, Laurie C. | D | 9 | Birmingham |
| **ARIZONA** | | | |
| Harless, Richard F. | D | At L. | Phoenix |
| Murdock, John R. | D | At L. | Tempe |
| **ARKANSAS** | | | |
| Gathings, E. C. | D | 1 | West Memphis |
| Mills, Wilbur D. | D | 2 | Kensett |
| Trimble, James W. | D | 3 | Berryville |
| Cravens, Fadjo | D | 4 | Fort Smith |
| Hays, Brooks | D | 5 | Little Rock |
| Norrell, W. F. | D | 6 | Monticello |
| Harris, Oren | D | 7 | El Dorado |
| **CALIFORNIA** | | | |
| Lea, Clarence F. | D | 1 | Santa Rosa |
| Engle, Clair | D | 2 | Red Bluff |
| Johnson, Leroy | R | 3 | Stockton |
| Havenner, Franck R. | D | 4 | San Francisco |
| Welch, Richard J. | R | 5 | San Francisco |
| Miller, George P. | D | 6 | Alameda |
| Allen, John J. Jr. | R | 7 | Oakland |
| Anderson, Jack Z. | R | 8 | San Juan Bautista |
| Gearhart, Bertrand W. | R | 9 | Fresno |
| Elliott, Alfred J. | D | 10 | Tulare |

XIII

## HOUSE OF REPRESENTATIVES

| CALIFORNIA—Continued | Party | Dist. | City |
|---|---|---|---|
| Bramblett, Ernest K. | R | 11 | Pacific Grove |
| Nixon, Richard M. | R | 12 | Whittier |
| Poulson, Norris | R | 13 | Los Angeles |
| Douglas, Helen Gahagan | D | 14 | Los Angeles |
| McDonough, Gordon L. | R | 15 | Los Angeles |
| Jackson, Donald L. | R | 16 | Santa Monica |
| King, Cecil R. | D | 17 | Los Angeles |
| Bradley, Willis W. | R | 18 | Long Beach |
| Holifield, Chet | D | 19 | Montebello |
| Hinshaw, Carl | R | 20 | Pasadena |
| Sheppard, Harry R. | D | 21 | Yucaipa |
| Phillips, John | R | 22 | Banning |
| Fletcher, Charles K. | R | 23 | San Diego |
| **COLORADO** | | | |
| Carroll, John A. | D | 1 | Denver |
| Hill, William S. | R | 2 | Fort Collins |
| Chenoweth, J. Edgar | R | 3 | Trinidad |
| Rockwell, Robert F. | R | 4 | Paonia |
| **CONNECTICUT** | | | |
| Miller, William J. | R | 1 | Weathersfield |
| Seely-Brown, Horace, Jr. | R | 2 | Pomfret |
| Foote, Ellsworth B. | R | 3 | North Branford |
| Lodge, John Davis | R | 4 | Westport |
| Patterson, James T. | R | 5 | Naugatuck |
| Sadlak, Antoni N. | R | At L. | Rockville |
| **DELAWARE** | | | |
| Boggs, J. Caleb | R | At L. | Wilmington |
| **FLORIDA** | | | |
| Peterson, J. Hardin | D | 1 | Lakeland |
| Price, Emory H. | D | 2 | Jacksonville |
| Sikes, Robert L. F. | D | 3 | Crestview |
| Smathers, George A. | D | 4 | Miami |
| Hendricks, Joe | D | 5 | De Land |
| Rogers, Dwight L. | D | 6 | Fort Lauderdale |
| **GEORGIA** | | | |
| Preston, Prince H., Jr. | D | 1 | Statesboro |
| Cox, E. E. | D | 2 | Camilla |
| Pace, Stephen | D | 3 | Americus |
| Camp, A. Sidney | D | 4 | Newnan |
| Davis, James C. | D | 5 | Decatur |
| Vinson, Carl | D | 6 | Milledgeville |
| Lanham, Henderson | D | 7 | Rome |
| Wheeler, W. M. (Don) | D | 8 | Douglas |
| Wood, John S. | D | 9 | Canton |
| Brown, Paul | D | 10 | Elberton |
| **IDAHO** | | | |
| Goff, Abe McGregor | R | 1 | Moscow |
| Sanborn, John | R | 2 | Hagerman |

XIV

## HOUSE OF REPRESENTATIVES

| ILLINOIS | Party | Dist. | City |
|---|---|---|---|
| Dawson, William L. | D | 1 | Chicago |
| Vail, Richard B. | R | 2 | Chicago |
| Busbey, Fred E. | R | 3 | Chicago |
| Gorski, Martin | D | 4 | Chicago |
| Sabath, Adolph J. | D | 5 | Chicago |
| O'Brien, Thomas J. | D | 6 | Chicago |
| Gordon, Thomas S. | D | 8 | Chicago |
| Twyman, Robert J. | R | 9 | Chicago |
| Church, Ralph E. | R | 10 | Evanston |
| Reed, Chauncey W. | R | 11 | West Chicago |
| Mason, Noah M. | R | 12 | Oglesby |
| Allen, Leo E. | R | 13 | Galena |
| Johnson, Anton J. | R | 14 | Macomb |
| Chiperfield, Robert B. | R | 15 | Canton |
| Dirksen, Everett M. | R | 16 | Pekin |
| Arends, Leslie C. | R | 17 | Melvin |
| Jenison, Edward H. | R | 18 | Paris |
| McMillen, Rolla C. | R | 19 | Decatur |
| Simpson, Sid | R | 20 | Carrollton |
| Price, Melvin | D | 22 | East St. Louis |
| Vursell, Charles W. | R | 23 | Salem |
| Clippinger, Roy | R | 24 | Carmi |
| Bishop, C. W. (Runt) | R | 25 | Carterville |
| Stratton, William G. | R | At L. | Morris |

| INDIANA | Party | Dist. | City |
|---|---|---|---|
| Madden, Ray J. | D | 1 | Gary |
| Halleck, Charles A. | R | 2 | Rensselaer |
| Grant, Robert A. | R | 3 | South Bend |
| Gillie, George W. | R | 4 | Fort Wayne |
| Harness, Forest A. | R | 5 | Kokomo |
| Johnson, Noble J. | R | 6 | Terre Haute |
| Landis, Gerald W. | R | 7 | Linton |
| Mitchell, E. (Edward) A. | R | 8 | Evansville |
| Wilson, Earl | R | 9 | Huron |
| Harvey, Ralph | R | 10 | New Castle |
| Ludlow, Louis | D | 11 | Indianapolis |

| IOWA | Party | Dist. | City |
|---|---|---|---|
| Martin, Thomas E. | R | 1 | Iowa City |
| Talle, Henry O. | R | 2 | Decorah |
| Gwynne, John W. | R | 3 | Waterloo |
| LeCompte, Karl M. | R | 4 | Corydon |
| Cunningham, Paul | R | 5 | Des Moines |
| Dolliver, James I. | R | 6 | Fort Dodge |
| Jensen, Ben F. | R | 7 | Exira |
| Hoeven, Charles B. | R | 8 | Alton |

6 U.S.Cong.Serv. '48—2     XV

### HOUSE OF REPRESENTATIVES

| KANSAS | Party | Dist. | City |
|---|---|---|---|
| Cole, Albert M. | R | 1 | Holton |
| Scrivner, Errett P. | R | 2 | Kansas City |
| Meyer, Herbert A. | R | 3 | Independence |
| Rees, Edward H. | R | 4 | Emporia |
| Hope, Clifford R. | R | 5 | Garden City |
| Smith, Wint | R | 6 | Mankato |
| **KENTUCKY** | | | |
| Gregory, Noble J. | D | 1 | Mayfield |
| Whitaker, John A. | D | 2 | Russelville |
| Morton, Thruston Ballard | R | 3 | Glenview |
| Chelf, Frank L. | D | 4 | Lebanon |
| Spence, Brent | D | 5 | Fort Thomas |
| Chapman, Virgil | D | 6 | Paris |
| Meade, W. Howes | R | 7 | Paintsville |
| Bates, Joe B. | D | 8 | Greenup |
| Lewis, William | R | 9 | London |
| **LOUISIANA** | | | |
| Hébert, F. Edward | D | 1 | New Orleans |
| Boggs, Hale | D | 2 | New Orleans |
| Domengeaux, James | D | 3 | Lafayette |
| Brooks, Overton | D | 4 | Shreveport |
| Passman, Otto E. | D | 5 | Monroe |
| Morrison, James H. | D | 6 | Hammond |
| Larcade, Henry D. Jr. | D | 7 | Opelousas |
| Allen, A. Leonard | D | 8 | Winnfield |
| **MAINE** | | | |
| Hale, Robert | R | 1 | Portland |
| Smith, Margaret Chase | R | 2 | Skowhegan |
| Fellows, Frank | R | 3 | Bangor |
| **MARYLAND** | | | |
| Miller, Edward T. | R | 1 | Easton |
| Meade, Hugh A. | D | 2 | Baltimore |
| Garmatz, Edward A. | D | 3 | Baltimore |
| Fallon, George H. | D | 4 | Baltimore |
| Sasscer, Lansdale G. | D | 5 | Upper Marlboro |
| Beall, J. Glenn | R | 6 | Frostburg |
| **MASSACHUSETTS** | | | |
| Heselton, John W. | R | 1 | Deerfield |
| Clason, Charles R. | R | 2 | Springfield |
| Philbin, Philip J. | D | 3 | Clinton |
| Donohue, Harold D. | D | 4 | Worcester |
| Rogers, Edith Nourse | R | 5 | Lowell |
| Bates, George J. | R | 6 | Salem |
| Lane, Thomas J. | D | 7 | Lawrence |
| Goodwin, Angier L. | R | 8 | Melrose |
| Nicholson, Donald W. | R | 9 | Wareham |
| Herter, Christian A. | R | 10 | Boston |
| Kennedy, John F. | D | 11 | Boston |

XVI

## HOUSE OF REPRESENTATIVES

| MASSACHUSETTS—Continued | Party | Dist. | City |
|---|---|---|---|
| McCormack, John W. | D | 12 | Dorchester |
| Wigglesworth, Richard B. | R | 13 | Milton |
| Martin, Joseph W. Jr. | R | 14 | North Attleboro |
| **MICHIGAN** | | | |
| Sadowski, George G. | D | 1 | Detroit |
| Michener, Earl C. | R | 2 | Adrian |
| Shafer, Paul W. | R | 3 | Battle Creek |
| Hoffman, Clare E. | R | 4 | Allegan |
| Jonkman, Bartel J. | R | 5 | Grand Rapids |
| Blackney, William W. | R | 6 | Flint |
| Wolcott, Jesse P. | R | 7 | Port Huron |
| Crawford, Fred L. | R | 8 | Saginaw |
| Engel, Albert J. | R | 9 | Muskegon |
| Woodruff, Roy O. | R | 10 | Bay City |
| Potter, Charles E. | R | 11 | Cheboygan |
| Bennett, John B. | R | 12 | Ontonagon |
| Coffin, Howard A. | R | 13 | Detroit |
| Youngblood, Harold F. | R | 14 | Detroit |
| Dingell, John D. | D | 15 | Detroit |
| Lesinski, John | D | 16 | Dearborn |
| Dondero, George A. | R | 17 | Royal Oak |
| **MINNESOTA** | | | |
| Andresen, August H. | R | 1 | Red Wing |
| O'Hara, Joseph P. | R | 2 | Glencoe |
| MacKinnon, George | R | 3 | Minneapolis |
| Devitt, Edward J. | R | 4 | St. Paul |
| Judd, Walter H. | R | 5 | Minneapolis |
| Knutson, Harold | R | 6 | Manhattan Beach |
| Andersen, H. Carl | R | 7 | Tyler |
| Blatnik, John A. | D | 8 | Chisholm |
| Hagen, Harold C. | R | 9 | Crookston |
| **MISSISSIPPI** | | | |
| Rankin, John E. | D | 1 | Tupelo |
| Whitten, Jamie L. | D | 2 | Charleston |
| Whittington, William M. | D | 3 | Greenwood |
| Abernethy, Thomas G. | D | 4 | Okolona |
| Winstead, Arthur | D | 5 | Philadelphia |
| Colmer, William M. | D | 6 | Pascagoula |
| Williams, John Bell | D | 7 | Raymond |
| **MISSOURI** | | | |
| Arnold, Wat | R | 1 | Kirksville |
| Schwabe, Max | R | 2 | Columbia |
| Cole, William C. | R | 3 | St. Joseph |
| Bell, C. Jasper | D | 4 | Blue Springs |
| Reeves, Albert L. Jr. | R | 5 | Kansas City |
| Bennett, Marion T. | R | 6 | Springfield |
| Short, Dewey | R | 7 | Galena |
| Banta, Parke M. | R | 8 | Arcadia |
| Cannon, Clarence | D | 9 | Elsberry |

XVII

**HOUSE OF REPRESENTATIVES**

| MISSOURI—Continued | Party | Dist. | City |
|---|---|---|---|
| Bakewell, Claude I. | R | 11 | St. Louis |
| Ploeser, Walter C. | R | 12 | Chesterfield, R. F. D. |
| Karsten, Frank M. | D | 13 | St. Louis |
| **MONTANA** | | | |
| Mansfield, Mike | D | 1 | Missoula |
| D'Ewart, Wesley A. | R | 2 | Wilsall |
| **NEBRASKA** | | | |
| Curtis, Carl T. | R | 1 | Minden |
| Buffett, Howard H. | R | 2 | Omaha |
| Stefan, Karl | R | 3 | Norfolk |
| Miller, A. L. | R | 4 | Kimball |
| **NEVADA** | | | |
| Russell, Charles H. | R | At L. | Ely |
| **NEW HAMPSHIRE** | | | |
| Merrow, Chester E. | R | 1 | Center Ossipee |
| Cotton, Norris | R | 2 | Lebanon |
| **NEW JERSEY** | | | |
| Wolverton, Charles A. | R | 1 | Merchantville |
| Hand, T. Millet | R | 2 | Cape May City |
| Auchincloss, James C. | R | 3 | Rumson |
| Mathews, Frank A. Jr. | R | 4 | Riverton |
| Eaton, Charles A. | R | 5 | Watchung |
| Case, Clifford P. | R | 6 | Rahway |
| Thomas, J. Parnell | R | 7 | Allendale |
| Canfield, Gordon | R | 8 | Paterson |
| Towe, Harry L. | R | 9 | Rutherford |
| Hartley, Fred A. Jr. | R | 10 | Kearny |
| Sundstrom, Frank L. | R | 11 | East Orange |
| Kean, Robert W. | R | 12 | Livingston |
| Norton, Mary T. | D | 13 | Jersey City |
| Hart, Edward J. | D | 14 | Jersey City |
| **NEW MEXICO** | | | |
| Fernandez, Antonio M. | D | At L. | Santa Fe |
| Lusk, Georgia L. | D | At L. | Santa Fe |
| **NEW YORK** | | | |
| Macy, W. Kingsland | R | 1 | Islip |
| Hall, Leonard W. | R | 2 | Oyster Bay |
| Latham, Henry J. | R | 3 | Queens Village |
| McMahon, Gregory | R | 4 | Ozone Park |
| Ross, Robert Tripp | R | 5 | Jackson Heights |
| Nodar, Robert Jr. | R | 6 | Maspeth |
| Delaney, John J. | D | 7 | Brooklyn |
| Pfeifer, Joseph L. | D | 8 | Brooklyn |
| Keogh, Eugene J. | D | 9 | Brooklyn |
| Somers, Andrew L. | D | 10 | Brooklyn |
| Heffernan, James J. | D | 11 | Brooklyn |
| Rooney, John J. | D | 12 | Brooklyn |
| O'Toole, Donald L. | D | 13 | Brooklyn |
| Multer, Abraham J. | D | 14 | Brooklyn |

XVIII

## HOUSE OF REPRESENTATIVES

| NEW YORK—Continued | Party | Dist. | City |
|---|---|---|---|
| Celler, Emanuel | D | 15 | Brooklyn |
| Buck, Ellsworth B. | R | 16 | Staten Island |
| Coudert, Frederic R. Jr. | R | 17 | New York City |
| Marcantonio, Vito | A. L. | 18 | New York City |
| Klein, Arthur G. | D | 19 | New York City |
| Bloom, Sol | D | 20 | New York City |
| Javits, Jacob K. (Jack) | R | 21 | New York City |
| Powell, Adam C. Jr. | D | 22 | New York City |
| Lynch, Walter A. | D | 23 | New York City |
| Isacson, Leo | A. L. | 24 | New York City |
| Buckley, Charles A. | D | 25 | New York City |
| Potts, David M. | R | 26 | New York City |
| Gwinn, Ralph W. | R | 27 | Bronxville |
| Gamble, Ralph A. | R | 28 | Larchmont |
| St. George, Katharine | R | 29 | Tuxedo Park |
| LeFevre, Jay | R | 30 | New Paltz |
| Kearney, Bernard W. (Pat) | R | 31 | Gloversville |
| Byrne, William T. | D | 32 | Loudonville |
| Taylor, Dean P. | R | 33 | Troy |
| Kilburn, Clarence E. | R | 34 | Malone |
| Fuller, Hadwen C. | R | 35 | Parish |
| Riehlman R. Walter | R | 36 | Tully |
| Hall, Edwin Arthur | R | 37 | Binghamton |
| Taber, John | R | 38 | Auburn |
| Cole, W. Sterling | R | 39 | Bath |
| Keating, Kenneth B. | R | 40 | Rochester |
| Wadsworth, James W. | R | 41 | Geneseo |
| Andrews, Walter G. | R | 42 | Buffalo |
| Elsaesser, Edward J. | R | 43 | Buffalo |
| Butler, John C. | R | 44 | Buffalo |
| Reed, Daniel A. | R | 45 | Dunkirk |
| **NORTH CAROLINA** | | | |
| Bonner, Herbert C. | D | 1 | Washington |
| Kerr, John H. | D | 2 | Warrenton |
| Barden, Graham A. | D | 3 | New Bern |
| Cooley, Harold D. | D | 4 | Nashville |
| Folger, John H. | D | 5 | Mount Airy |
| Durham, Carl T. | D | 6 | Chapel Hill |
| Clark, J. Bayard | D | 7 | Fayetteville |
| Deane, Charles B. | D | 8 | Rockingham |
| Doughton, Robert L. | D | 9 | Laurel Springs |
| Jones, Hamilton C. | D | 10 | Charlotte |
| Bulwinkle, Alfred L. | D | 11 | Gastonia |
| Redden, Monroe M. | D | 12 | Hendersonville |
| **NORTH DAKOTA** | | | |
| Lemke, William | R | At L. | Fargo |
| Robertson, Charles R. | R | At L. | Bismarck |

XIX

**HOUSE OF REPRESENTATIVES**

| OHIO | Party | Dist. | City |
|---|---|---|---|
| Elston, Charles H. | R | 1 | Cincinnati |
| Hess, William E. | R | 2 | Cincinnati |
| Burke, Raymond H. | R | 3 | Hamilton |
| McCulloch, William M. | R | 4 | Piqua |
| Clevenger, Cliff | R | 5 | Bryan |
| McCowen, Edward O. | R | 6 | Wheelersburg |
| Brown, Clarence J. | R | 7 | Blanchester |
| Smith, Frederick C. | R | 8 | Marion |
| Ramey, Homer A. | R | 9 | Toledo |
| Jenkins, Thomas A. | R | 10 | Ironton |
| Brehm, Walter E. | R | 11 | Logan |
| Vorys, John M. | R | 12 | Columbus |
| Weichel, Alvin F. | R | 13 | Sandusky |
| Huber, Walter B. | D | 14 | Akron |
| Griffiths, P. W. | R | 15 | Marietta |
| Carson, Henderson H. | R | 16 | Canton |
| McGregor, J. Harry | R | 17 | West Lafayette |
| Lewis, Earl R. | R | 18 | St. Clairsville |
| Kirwan, Michael J. | D | 19 | Youngstown |
| Feighan, Michael A. | D | 20 | Cleveland |
| Crosser, Robert | D | 21 | Cleveland |
| Bolton, Frances P. | R | 22 | Lyndhurst |
| Bender, George H. | R | At L. | Cleveland Heights |
| **OKLAHOMA** | | | |
| Schwabe, George B. | R | 1 | Tulsa |
| Stigler, William G. | D | 2 | Stigler |
| Albert, Carl | D | 3 | McAlester |
| Johnson, Glen D. | D | 4 | Okemah |
| Monroney, A. S. Mike | D | 5 | Oklahoma City |
| Morris, Toby | D | 6 | Lawton |
| Peden, Preston E. | D | 7 | Altus |
| Rizley, Ross | R | 8 | Guymon |
| **OREGON** | | | |
| Norblad, Walter | R | 1 | Astoria |
| Stockman, Lowell | R | 2 | Pendleton |
| Angell, Homer D. | R | 3 | Portland |
| Ellsworth, Harris | R | 4 | Roseburg |
| **PENNSYLVANIA** | | | |
| Gallagher, James | R | 1 | Philadelphia |
| McGarvey, Robert N. | R | 2 | Philadelphia |
| Scott, Hardie | R | 3 | Philadelphia |
| Maloney, Franklin J. | R | 4 | Philadelphia |
| Sarbacher, George W. Jr. | R | 5 | Philadelphia |
| Scott, Hugh D. Jr. | R | 6 | Philadelphia |
| Chadwick, E. Wallace | R | 7 | Moylan |
| Lichtenwalter, Franklin H. | R | 8 | Allentown |
| Dague, Paul B. | R | 9 | Downingtown |
| Scoblick, James P. | R | 10 | Archbald |
| Jenkins, Mitchell | R | 11 | Trucksville |

**XX**

**HOUSE OF REPRESENTATIVES**

| PENNSYLVANIA—Continued | Party | Dist. | City |
|---|---|---|---|
| Fenton, Ivor D. | R | 12 | Mahanoy City |
| Muhlenberg, Frederick A. | R | 13 | Sinking Springs (R. F. D.) |
| Gillette, Wilson D. | R | 14 | Towanda |
| Rich, Robert F. | R | 15 | Woolrich |
| McConnell, Samuel K. Jr. | R | 16 | Penn Wynne |
| Simpson, Richard M. | R | 17 | Huntingdon |
| Kunkel, John C. | R | 18 | Harrisburg |
| Gavin, Leon H. | R | 19 | Oil City |
| Walter, Francis E. | D | 20 | Easton |
| Gross, Chester H. | R | 21 | Manchester (R. F. D.) |
| Van Zandt, James E. | R | 22 | Altoona |
| Crow, William J. | R | 23 | Uniontown |
| Morgan, Thomas E. | D | 24 | Fredericktown |
| Graham, Louis E. | R | 25 | Beaver |
| Tibbott, Harve | R | 26 | Ebensburg |
| Kelley, Augustine B. | D | 27 | Greensburg |
| Kearns, Carroll D. | R | 28 | Farrell |
| McDowell, John | R | 29 | Wilkinsburg |
| Corbett, Robert J. | R | 30 | Bellevue |
| Fulton, James G. | R | 31 | Dormont (Pittsburgh) |
| Eberharter, Herman P. | D | 32 | Pittsburgh |
| Buchanan, Frank | D | 33 | McKeesport |
| **RHODE ISLAND** | | | |
| Forand, Aime J. | D | 1 | Cumberland |
| Fogarty, John E. | D | 2 | Harmony |
| **SOUTH CAROLINA** | | | |
| Rivers, L. Mendel | D | 1 | Charleston |
| Riley, John J. | D | 2 | Sumter |
| Dorn, W. J. Bryan | D | 3 | Greenwood |
| Bryson, Joseph R. | D | 4 | Greenville |
| Richards, James P. | D | 5 | Lancaster |
| McMillan, John L. | D | 6 | Florence |
| **SOUTH DAKOTA** | | | |
| Mundt, Karl E. | R | 1 | Madison |
| Case, Francis | R | 2 | Custer |
| **TENNESSEE** | | | |
| Phillips, Dayton E. | R | 1 | Elizabethton |
| Jennings, John E., Jr. | R | 2 | Knoxville |
| Kefauver, Estes | D | 3 | Chattanooga |
| Gore, Albert | D | 4 | Carthage |
| Evins, Joe L. | D | 5 | Smithville |
| Priest, J. Percy | D | 6 | Nashville |
| Courtney, Wirt | D | 7 | Franklin |
| Murray, Tom | D | 8 | Jackson |
| Cooper, Jere | D | 9 | Dyersburg |
| Davis, Clifford | D | 10 | Memphis |

**XXI**

## HOUSE OF REPRESENTATIVES

| TEXAS | Party | Dist. | City |
|---|---|---|---|
| Patman, Wright | D | 1 | Texarkana |
| Combs, J. M. | D | 2 | Beaumont |
| Beckworth, Lindley | D | 3 | Gladewater (R. F. D.) |
| Rayburn, Sam | D | 4 | Bonham |
| Wilson, J. Frank | D | 5 | Dallas |
| Teague, Olin E. | D | 6 | College Station |
| Pickett, Tom | D | 7 | Palestine |
| Thomas, Albert | D | 8 | Houston |
| Thompson, Clark W. | D | 9 | Galveston |
| Johnson, Lyndon B. | D | 10 | Johnson City |
| Poage, W. R. | D | 11 | Waco |
| Lucas, Wingate H. | D | 12 | Grapevine |
| Gossett, Ed | D | 13 | Wichita Falls |
| Lyle, John E. | D | 14 | Corpus Christi |
| West, Milton H. | D | 15 | Brownsville |
| Regan, Ken | D | 16 | Midland |
| Burleson, Omar | D | 17 | Ansom |
| Worley, Eugene | D | 18 | Shamrock |
| Mahon, George H. | D | 19 | Colorado City |
| Kilday, Paul J. | D | 20 | San Antonio |
| Fisher, O. C. | D | 21 | San Angelo |
| **UTAH** | | | |
| Granger, Walter K. | D | 1 | Cedar City |
| Dawson, William A. | R | 2 | Layton |
| **VERMONT** | | | |
| Plumley, Charles A. | R | At L. | Northfield |
| **VIRGINIA** | | | |
| Bland, Schuyler Otis | D | 1 | Newport News |
| Hardy, Porter Jr. | D | 2 | Norfolk |
| Gary, J. Vaughan | D | 3 | Richmond |
| Abbitt, Watkins M. | D | 4 | Appomattox |
| Stanley, Thomas B. | D | 5 | Stanleytown |
| Harrison, Burr P. | D | 7 | Winchester |
| Smith, Howard W. | D | 8 | Alexandria |
| Flannagan, John W. Jr. | D | 9 | Bristol |
| **WASHINGTON** | | | |
| Jones, Homer R. | R | 1 | Bremerton |
| Jackson, Henry M. | D | 2 | Everett |
| Mack, Russell V. | R | 3 | Hoquiam |
| Holmes, Hal | R | 4 | Ellensburg |
| Horan, Walt | R | 5 | Wenatchee |
| Tollefson, Thor C. | R | 6 | Tacoma |
| **WEST VIRGINIA** | | | |
| Love, Francis J. | R | 1 | Wheeling |
| Snyder, Melvin C. | R | 2 | Kingwood |
| Rohrbough, Edward G. | R | 3 | Glenville |

XXII

## HOUSE OF REPRESENTATIVES

| WEST VIRGINIA—Continued | Party | Dist. | City |
|---|---|---|---|
| Ellis, Hubert S. | R | 4 | Huntington |
| Kee, John | D | 5 | Bluefield |
| Hedrick, E. H. | D | 6 | Beckley |
| **WISCONSIN** | | | |
| Smith, Lawrence H. | R | 1 | Racine |
| Davis, Glenn R. | R | 2 | Waukesha |
| Stevenson, William H. | R | 3 | La Crosse |
| Brophy, John C. | R | 4 | Milwaukee |
| Kersten, Charles J. | R | 5 | Milwaukee |
| Keefe, Frank B. | R | 6 | Oshkosh |
| Murray, Reid F. | R | 7 | Ogdensburg |
| Byrnes, John W. | R | 8 | Green Bay |
| Hull, Merlin | R | 9 | Black River Falls |
| O'Konski, Alvin E. | R | 10 | Mercer |
| **WYOMING** | | | |
| Barrett, Frank A. | R | At L. | Lusk |

Republicans - - - - - 244
Democrats - - - - - - 186
American Labor - - - - - 2

## DELEGATES AND RESIDENT COMMISSIONERS

| | Party | City |
|---|---|---|
| **ALASKA** | | |
| Delegate | | |
| Bartlett, E. L. | D | Juneau |
| **HAWAII** | | |
| Delegate | | |
| Farrington, Joseph R. | R | Honolulu |
| **PUERTO RICO** | | |
| Resident Commissioner | | |
| Fernos-Isern, A. | P-D | San Juan |

XXIII

# JUDICIARY COMMITTEE

## SENATE

### ALEXANDER WILEY—*Chairman*

| | |
|---|---|
| WILLIAM LANGER | PAT McCARRAN |
| HOMER FERGUSON | HARLEY M. KILGORE |
| CHAPMAN REVERCOMB | JAMES O. EASTLAND |
| E. H. MOORE | WARREN G. MAGNUSON |
| FORREST C. DONNELL | J. W. FULBRIGHT |
| JOHN SHERMAN COOPER | J. HOWARD McGRATH |

Robert B. Young, *Clerk*

Maurice W. Covert

Joseph A. Davis

Richard Arens,

J. Carlisle Ruddy

*Professional Staff Members*

## SUBCOMMITTEE ON REVISION OF LAWS

FORREST C. DONNELL, *Chairman*

E. H. MOORE       J. HOWARD McGRATH

**XXIV**

# JUDICIARY COMMITTEE

# HOUSE OF REPRESENTATIVES

*Under Whose Authority and Direction the United States Code and Supplements are edited and published.  1 U.S.C. § 52 and Reorganization Act of 1946, Aug. 2, 1946, ch. 753, Tit. 1, 60 Stat. 814*

EARL C. MICHENER, Michigan—*Chairman*

CHAUNCEY W. REED _ _ _ _ _ _ _ _ Illinois
JOHN W. GWYNNE _ _ _ _ _ _ _ _ _ Iowa
LOUIS E. GRAHAM _ _ _ _ _ _ _ Pennsylvania
FRANK FELLOWS _ _ _ _ _ _ _ _ _ _ Maine
EARL R. LEWIS _ _ _ _ _ _ _ _ _ _ _ Ohio
JOHN JENNINGS, JR. _ _ _ _ _ _ _ _ Tennessee
CLIFFORD P. CASE _ _ _ _ _ _ _ New Jersey
E. WALLACE CHADWICK _ _ _ _ _ Pennsylvania
ALBERT L. REEVES, JR. _ _ _ _ _ _ _ Missouri
KENNETH B. KEATING _ _ _ _ _ _ _ New York
EDWARD J. DEVITT _ _ _ _ _ _ _ Minnesota
ELLSWORTH B. FOOTE _ _ _ _ _ _ Connecticut
WILLIAM M. McCULLOCH _ _ _ _ _ _ _ Ohio
J. CALEB BOGGS _ _ _ _ _ _ _ _ Delaware
EMANUEL CELLER _ _ _ _ _ _ _ _ New York
FRANCIS E. WALTER _ _ _ _ _ _ _ Pennsylvania
SAM HOBBS _ _ _ _ _ _ _ _ _ _ Alabama
WILLIAM T. BYRNE _ _ _ _ _ _ _ New York
ESTES KEFAUVER _ _ _ _ _ _ _ _ Tennessee
JOSEPH R. BRYSON _ _ _ _ _ _ South Carolina
FADJO CRAVENS _ _ _ _ _ _ _ _ _ Arkansas
THOMAS J. LANE _ _ _ _ _ _ _ Massachusetts
MARTIN GORSKI _ _ _ _ _ _ _ _ _ Illinois
MICHAEL A. FEIGHAN _ _ _ _ _ _ _ _ Ohio
FRANK L. CHELF _ _ _ _ _ _ _ _ Kentucky
ED GOSSETT _ _ _ _ _ _ _ _ _ _ _ Texas

C. Murray Bernhardt, *Clerk*

Velma Smedley, *Ass't Clerk*

## SUBCOMMITTEE NO. 1

CHAUNCEY W. REED, *Acting Chairman*

| | |
|---|---|
| JOHN JENNINGS, JR. | EMANUEL CELLER |
| E. WALLACE CHADWICK | FRANK L. CHELF |
| J. CALEB BOGGS | ED GOSSETT |

**XXV**

# ADVISORY COMMITTEE

*This Committee considered and revised the various drafts of Title 28,*
*Judiciary and Judicial Procedure, during the course of preparation.*


HON. FLOYD E. THOMPSON, *Chairman*
Poppenhusen, Johnston, Thompson & Raymond
Chicago, Illinois
Former Chief Justice, Illinois Supreme Court


HON. JUSTIN MILLER
Washington, D. C.
Former Associate Justice, United States Court of Appeals
For the District of Columbia


HON. JOHN B. SANBORN
St. Paul, Minnesota
Judge, U. S. Circuit Court of Appeals
Eighth Circuit


HON. WALTER P. ARMSTRONG
Armstrong McCadden, Allen, Braden & Goodman
Memphis, Tennessee
Former President American Bar Association


HON. JOHN DICKINSON
Philadelphia, Pennsylvania
General Counsel, The Pennsylvania Railroad Company


## Judicial Consultant

HON. JOHN J. PARKER
Charlotte, North Carolina
Senior Circuit Judge, U. S. Circuit Court of Appeals
Fourth Circuit


XXVI

# JUDICIAL CONFERENCE COMMITTEE ON

# REVISION OF THE JUDICIAL CODE

*Appointed by the Chief Justice of the United States*

**HON. ALBERT BRANSON MARIS,** *Chairman*
**Philadelphia, Pennsylvania**
**Judge, U. S. Circuit Court of Appeals, 3rd Circuit**

**HON. CLARENCE G. GALSTON**
**Brooklyn, New York**
**Judge, U. S. District Court, Eastern District of New York**

**HON. WILLIAM F. SMITH**
**Newark, New Jersey**
**Judge, U. S. District Court, District of New Jersey**

**XXVII**

# REVISION STAFF

*Supplementing the Combined Editorial Staff of Edward Thompson Co.
and West Publishing Co.*

### WILLIAM W. BARRON

Reviser

Former Chief of Appellate Section
Department of Justice
Washington, D. C.

### FRANK J. PARKER

Assistant United States Attorney
for the Eastern District of
New York

## Special Consultants

### JAMES W. MOORE

Professor of Law
Yale University
Chief Research Assistant to
Committee on Rules of Civil Procedure

### HON. ALEXANDER HOLTZOFF

Washington, D. C.
Judge, U. S. District Court
for the District of Columbia

XXVIII

# Acknowledgment

The Publishers hereby wish to record grateful appreciation to the Bench and Bar, as well as to the various Bar Associations and Law Schools, for valuable and practical assistance and cooperation throughout the preparation of this historic new Title of the United States Code, relating to the Judiciary and Judicial Procedure.

**XXIX**

# The Congress

## Laws of 80th Congress
## Second Session

†

xxx

# Title 28, United States Code Judiciary and Judicial Procedure

---

## CHAPTER 646—PUBLIC LAW 773

### AN ACT

**To revise, codify, and enact into law title 28 of the United States Code entitled "Judicial Code and Judiciary".**

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That:

Title 28 of the United States Code, entitled "Judicial Code and Judiciary" is hereby revised, codified, and enacted into law, and may be cited as "Title 28, United States Code, section —", as follows:

## TITLE 28

## JUDICIARY AND JUDICIAL PROCEDURE

| Part | | Sec. |
|------|---|---|
| I. | ORGANIZATION OF COURTS | 1 |
| II. | UNITED STATES ATTORNEYS AND MARSHALS | 501 |
| III. | COURT OFFICERS AND EMPLOYEES | 601 |
| IV. | JURISDICTION AND VENUE | 1251 |
| V. | PROCEDURE | 1651 |
| VI. | PARTICULAR PROCEEDINGS | 2201 |

### PART I—ORGANIZATION OF COURTS

| Chapter | | Sec. |
|---------|---|---|
| I. | Supreme Court | 1 |
| 3. | Courts of appeals | 41 |
| 5. | District courts | 81 |
| 7. | Court of Claims | 171 |
| 9. | Court of Customs and Patent Appeals | 211 |
| 11. | Customs Court | 251 |
| 13. | Assignment of judges to other courts | 291 |
| 15. | Conferences and councils of judges | 331 |
| 17. | Resignation and retirement of judges | 371 |
| 19. | Distribution of reports and digests | 411 |
| 21. | General provisions applicable to courts and judges | 451 |

6 U.S.CONG.SERV. '48—3      **1487**

## § 130. Wisconsin

Wisconsin is divided into two judicial districts to be known as the Eastern and Western districts of Wisconsin.

### Eastern District

(a) The Eastern District comprises the counties of Brown, Calumet, Dodge, Door, Florence, Fond du Lac, Forest, Green Lake, Kenosha, Kewaunee, Langlade, Manitowoc, Marinette, Marquette, Milwaukee, Oconto, Outagamie, Ozaukee, Racine, Shawano, Sheboygan, Walworth, Washington, Waukesha, Waupaca, Waushara, and Winnebago.

Court for the Eastern District shall be held at Green Bay, Milwaukee, and Oshkosh.

### Western District

(b) The Western District comprises the counties of Adams, Ashland, Barron, Bayfield, Buffalo, Burnett, Chippewa, Clark, Columbia, Crawford, Dane, Douglas, Dunn, Eau Claire, Grant, Green, Iowa, Iron, Jackson, Jefferson, Juneau, La Crosse, Lafayette, Lincoln, Marathon, Monroe, Oneida, Pepin, Pierce, Polk, Portage, Price, Richland, Rock, Rusk, Saint Croix, Sauk, Sawyer, Taylor, Trempealeau, Vernon, Vilas, Washburn, and Wood.

Court for the Western District shall be held at Eau Claire, La Crosse, Madison, Superior, and Wausau.

## § 131. Wyoming

Wyoming and those portions of Yellowstone National Park situated in Montana and Idaho constitute one judicial district.

Court shall be held at Casper, Cheyenne, Evanston, Lander, and Sheridan.

## § 132. Creation and composition of district courts

(a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.

(b) Each district court shall consist of the district judge or judges for the district in active service. Justices or judges designated or assigned shall be competent to sit as judges of the court.

(c) Except as otherwise provided by law, or rule or order of court, the judicial power of a district court with respect to any action, suit or proceeding may be exercised by a single judge, who may preside alone and hold a regular or special session of court at the same time other sessions are held by other judges.

## § 133. Appointment and number of district judges

The President shall appoint, by and with the advice and consent of the Senate, district judges for the several judicial districts, as follows:

**1521**

TITLE 28, UNITED STATES CODE

Yellowstone National Park in Montana and Idaho is derived from said section 27. Other provisions of said section are incorporated in sections 631 and 632 of this title.

A provision of section 196 of title 28, U.S.C., 1940 ed., for furnishing rooms and accommodations at Casper was omitted as obsolete, upon advice of the Director of the Administrative Office of the United States Courts that Federal accommodations are now available there.

Provisions of section 196 of title 28, U.S.C., 1940 ed., for appointment of deputies and maintenance of offices by the clerk and marshal were omitted as covered by sections 541, 542, and 751 of this title.

### Section 132—Section Revised

Based on title 28, U.S.C., 1940 ed., § 1, and section 641 of title 48, U.S.C., 1940 ed., Territories and Insular Possessions (Apr. 30, 1900, ch. 339, § 86, 31 Stat. 158; Mar. 3, 1909, ch. 269, § 1, 35 Stat. 838; Mar. 3, 1911, ch. 231, § 1, 36 Stat. 1087; July 30, 1914, ch. 216, 38 Stat. 580; July 19, 1921, ch. 42, § 313, 42 Stat. 119; Feb. 12, 1925, ch. 220, 43 Stat. 890; Dec. 13, 1926, ch. 6, § 1, 44 Stat. 19).

Section consolidates section 1 of title 28, U.S.C., 1940 ed., and section 641 of title 48, U.S.C., 1940 ed., with changes in phraseology necessary to effect the consolidation.

Subsection (c) is derived from section 641 of title 48, U.S.C., 1940 ed., which applied only to the Territory of Hawaii. The revised section, by extending it to all districts, merely recognizes established practice.

Other portions of section 1 of title 28, U.S.C., 1940 ed., are incorporated in sections 133 and 134 of this title. The remainder of section 641 of title 48, U.S.C., 1940 ed., is incorporated in sections 91 and 133 of this title.

### Section 133—Section Revised [5]

Based on title 28, U.S.C., 1940 ed., § 1 and notes; sections 641, 643, 863, and 864 of title 48, U.S.C., 1940 ed., Territories and Insular Possessions; District of Columbia Code, 1940 ed., § 11–301 (Apr. 12, 1900, ch. 191, §§ 34, 35, 31 Stat. 84, 85; Apr. 30, 1900, ch. 339, § 86, 31 Stat. 158; Mar. 3, 1901, ch. 854, § 60, 31 Stat. 1199; Mar. 3, 1909, ch. 269, § 1, 35 Stat. 838; Mar. 3, 1911, ch. 231, § 1, 36 Stat. 1087; Jan. 7, 1913, ch. 6, 37 Stat. 648; July 30, 1914, ch. 216, 38 Stat. 580; Mar. 3, 1915, ch. 100, § 1, 38 Stat. 961; Apr. 11, 1916, ch. 64, § 1, 39 Stat. 48; Feb. 26, 1917, ch. 120, 39 Stat. 938; Mar. 2, 1917, ch. 145, §§ 41, 42, 39 Stat. 965, 966; Feb. 26, 1919, ch. 50, § 1, 40 Stat. 1183; Mar. 4, 1921, ch. 161, § 1, 41 Stat. 1412; July 9, 1921, ch. 42, § 313, 42 Stat. 119; Sept. 14, 1922, ch. 306, § 1, 42 Stat. 837; Jan. 16, 1925, ch. 83, § 3, 43 Stat. 752; Feb. 12, 1925, ch. 220, 43 Stat. 890; Feb. 13, 1925, ch. 229, §§ 1, 13, 43 Stat. 936, 942; Feb. 16, 1925, ch. 233, §§ 2, 3, 43 Stat. 946; Mar. 2, 1925, ch. 397, §§ 1–3, 43 Stat. 1098; Mar. 3,

[5] Provisions for one district judge in the Southern District of Indiana were inserted in this section by Senate amendment. See Senate Report No. 1559.

1732