# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 16-CV-02547 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| William J. Mooney, et al., | |
| Defendants. | |

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1), the Motion to Dismiss and Motion to Vacate Judgment brought by Defendants [Doc. No. 157] are referred to Magistrate Judge Leo I. Brisbois for findings of fact and a recommendation for their disposition.

An order will be issued ruling on the motions after the objection period is complete.

Dated: June 18, 2018             s/Susan Richard Nelson
                                 SUSAN RICHARD NELSON
                                 United States District Judge