UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 16-cv-2547 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| William J. Mooney, et al., | |
| Defendants. | |

---

This matter comes before the undersigned United States Magistrate Judge upon Defendants' Motion to Dismiss and Motion to Vacate Judgment, [Docket No. 157], and upon a referral from the Honorable Susan Richard Nelson. [Docket No. 159].

On June 13, 2018, Defendants filed the present Motion to Dismiss and Motion to Vacate Judgment, [Docket No. 157]. Plaintiff has not yet filed its Response to Defendants' Motion.

Therefore, pursuant to Local Rule 7.1, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall file and serve its response to Defendants' Motion to Dismiss and Motion to Vacate Judgment by no later than **Tuesday, July 10, 2018**;

2. Defendants shall file and serve their reply memorandum within fourteen (14) days after receipt of Plaintiff's response, and in any event no later than **Tuesday, July 24, 2018**;

3. Thereafter, the Court, after a preliminary review of the briefing, will determine whether or not a hearing on the motion will be helpful to the Court, and if it will, the Court will then issue a supplemental Order scheduling such hearing.

Dated: June 19, 2018                                                                s/Leo I. Brisbois
                                                                                              Leo I. Brisbois
                                                                                              U.S. MAGISTRATE JUDGE