**"District Court of the United States"**
**District of Minnesota**

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| *versus* ) | |
| ) | |
| **William Joseph Mooney,** *et al.* ) | Case No.: 0-16-cv-025047-SRN-LIB |
| ) | |
| *Defendants.* ) | |

**Verified Affidavit of William Joseph Mooney**

Comes now William Joseph Mooney with this Verified Affidavit in this instant Case.

**State of Minnesota**   )
                         ) ss.
**Morrison County**      )

I, William Joseph Mooney, do hereby swear (or affirm) that the facts in this Verified Affidavit and the facts in **Docket 155—Attachment 1—"Certificate of Political Status, Citizen Status and Allegiance"** of William Joseph Mooney filed into the **Office of County Recorder, Morrison County, Minnesota, Doc. #556420, being Recorded on June 11th, 2018** of William Joseph Mooney's ("**Certificate of Political Status, Citizen Status and Allegiance**)," being a certified copy from the **Office of County Recorder, Morrison County, Minnesota, Doc. #556420 that was Recorded on June 11th, 2018**," are true and correct under the Penalty of Perjury.

1. My true name is William Joseph Mooney.

2. I am of the age of majority and competent to testify to the facts in this Verified

[SCANNED JUL 24 2018 U.S. DISTRICT COURT MPLS]

Affidavit and to the facts in the **Certified Copy of "Certificate of Political Status, Citizen Status and Allegiance"** of **William Joseph Mooney** which is a certified copy of the Public Record filed into the **Office of County Recorder, Morrison County, Minnesota, Doc. #556420, being Recorded on June 11th, 2018.**

3. I have personal knowledge that there was never in this instant Case an appearance of the "**Counsel for the United States of America.**"

4. I am a "citizen of Minnesota.

5. I am domiciled in the Minnesota, one of the several States.

6. I am not a "citizen of the United States."

7. I am a "national of the United States" that owes permanent allegiance to the United States as codified in 8 U.S.C. § 1101(22)(B) ""a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

8. I am not domiciled, have residence or reside in any "Federal Area" as defined in codified in 4 U.S.C. § 110.

8. I challenged subject matter jurisdiction of *this Court* ("United States District Court") the Plaintiff, being the "United States of America" but the Plaintiff never did put in the Record the Subject Matter Jurisdiction of *this Court* arising under Article III sections 1 and 2 exercising the "judicial Power of the United States" in "all Cases, in Law and Equity, arising under this Constitution, the Laws of the United Stated and Treaties made, or with shall be made, under their Authority."

10. *This Court's* alleged authority is found the public record codified in 28 U.S.C. § 132(c) exercising "[T]**he judicial power of a district court**" that is derived from the

**Verified Affidavit of William Joseph Mooney**     Page 2

"Territory of Hawaii" as documented in the Reviser's Notes.

11. I have never given *this Court* knowingly, tacitly or by any other means **"personal jurisdiction."**

12. I am proceeded in this instant Case under threat, duress and coercion.

13. There is not one scintilla of sworn testimony in this instant Case.

14. *This Court* has used public record filings supported by Declarations and off premise Depositions to give the appearance of an adversarial Court of the United States Arising under Article III Sections 1 and 2.

15. The "**United States of America is a sovereign body politic**," which will be evidenced by a Motion with the attachment identifying one hundred eight (108) Cases in various USDC's in the public Record.

16. Judge Nelson's holding in Docket 143, Page 5 "[T]here is no legal distinction between the United States and the United States of America" is lie prejudicing this instant Case.

17. I clothe all of the facts in **Attachment 1—"Certificate of Political Status, Citizen Status and Allegiance"** true and correct.

18. I incorporate all of the facts and attachments of William Joseph Mooney's Reply and its Attachments supported this Verified Affidavit, being competent to testify as I am of the age of majority that they are true and correct under the penalty of perjury.

19. I am not clothed with the any duty or obligation of any "Federal Income Tax" as clarified in **Reply** *Helvering v. Gerhardt*, 304 U.S. 405, 418 FN6 (1938) and Legislative History evidenced by **Attach 5—S.Rpt. 112.**

My Hand, _William Joseph Mooney_

Jurat

State of Minnesota    ]
                      ] ss
<u>Morrison County</u>    ]

On this 23rd day of July 2018, __William Joseph Mooney__, personally appeared before me, the undersigned officer authorized to administer oaths, known to me the person described in the foregoing answer who acknowledged that he/she executes the same in the capacity stated for the purpose herein contained. In witness whereof, I have hereunto set my hand and official

notary: _Tina Scherping_                                                   seal.

My Commission expires: 1/31/2019

[Notary Seal: TINA E. SCHERPING, NOTARY PUBLIC - MINNESOTA, MY COMMISSION EXPIRES JANUARY 31, 2019]

**Verified Affidavit of William Joseph Mooney**        Page 4