# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 16-cv-2547 SRN/LIB |
| William J. Mooney, Joni T. Mooney, and Harbor Holdings, Mid-Atlantic Trustees and Administrators, | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant Mooneys' Objection [Doc. No. 167] is OVERRULED;
2. Magistrate Judge Brisbois's R&R [Doc. No. 166] is ADOPTED in its entirety;
3. Defendant Mooneys' Motion to Dismiss and Motion to Vacate Judgment [Doc. No. 157] are DENIED; and
4. This action is DISMISSED WITH PREJUDICE.

Date: 11/2/2018

KATE M. FOGARTY, CLERK

s/Katie Thompson
(By)   Katie Thompson, Deputy Clerk