## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

       Plaintiff,

v.

William J. Mooney, et al.,

       Defendants.

Civil No. 16-cv-2547 (SRN/LIB)

**ORDER**

---

SUSAN RICHARD NELSON, United States District Judge

It has come to the Court's attention that this case was prematurely dismissed [Doc. No. 169] prior to the Court entering an order of sale.  Accordingly, so that the Court may do so,

IT IS HEREBY ORDERED that:

1. The Court VACATES its Order of November 1, 2018 [Doc. No. 168], with respect to the dismissal of this action with prejudice and direction that judgment be entered.  An Amended Order will follow, reflecting only these changes.

2. The Court directs the Clerk of Court to VACATE the judgment entered on November 2, 2018 [Doc. No. 169].

Dated: February 5, 2019

       s/Susan Richard Nelson
       SUSAN RICHARD NELSON
       United States District Judge