## CERTIFICATE OF SERVICE

I certify that this Motion and Demand is comprised of 1,374 words in 13 Font in Times New Roman.

I certify that a true and correct copy of Mooneys Motion Demand and Motion was sent by U. S. Postal service on March 6th, 2019 to:

Michael R. Pahl
U. S. Department of Justice
P. O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

Date: March 6th, 2019

_William Joseph Mooney_
Signature

SCANNED
MAR 06 2019
U.S. DISTRICT COURT MPLS