## Declaration of William Joseph Mooney

I, William Joseph Mooney, do hereby make this Declaration as to the truth of the preceding Motion and in this Declaration.

1. My true name is William Joseph Mooney.

2. I am of the age of majority and competent to testify to the facts in this Verified Affidavit and to the facts evidenced with the "actual notice" in the **Certified Copy** of **"Certificate of Political Status, Citizen Status and Allegiance"** of **William Joseph Mooney** which is a certified copy of the Public Record filed into the **Office of County Recorder, Morrison County, Minnesota, Doc. #556420, being Recorded on June 11th, 2018 that filed into the "District Court of the United States" in Docket 155.**

3. I have personal knowledge that has not been any appearance in this instant Case of the "**Counsel for the United States of America.**"

4. I am a "citizen of Minnesota.

5. I am domiciled in the Minnesota, one of the several States.

6. I am not a "citizen of the United States."

7. I am a "national of the United States" that owes permanent allegiance to the United States as codified in 8 U.S.C. § 1101(22)(B) ""a person who, though not a citizen of the United States, owes permanent allegiance to the United States."

8. I am not domiciled, have residence or reside in any "Federal Area" as defined in codified in 4 U.S.C. § 110.

8. I have NOT received any "actual notice" of any "Notice of Deficiency" from the IRS to date.

Motion and Demand                                6

SCANNED
MAR 0 8 ...
U.S. DISTRICT COURT MPLS

10. I have NOT received any "actual notice" of that the Internal Revenue Code only has applications to "citizens of the United States" in the District of Columbia exactly as "citizens of the United States" in Minnesota, one of the several States or the definition of "State" in the NVRA of 1993.

11. I have never given *this Court* **knowingly, tacitly or by any other means "personal jurisdiction."**

12. I am proceeding in this instant Case under threat, duress and coercion.

13. There is not one scintilla of sworn testimony in this instant Case.

14. A "citizen of the United States" has no right of an elective franchise or right of suffrage, being exactly the same in the District of Columbia as the "State of the United States" defined and used exclusively by the **"STATE OF MINNESOTA."**

15. The **"United States of America is a sovereign body politic,"** which will be evidenced by a Motion with the attachment identifying one hundred eight (108) Cases in various USDC's in the public Record evidenced by Docket 152 Attach 2.

I, William Joseph Mooney, do hereby make this Declaration including the preceding Motion and in this Declaration under 26 U.S.C. § 1746 under the penalty of perjury is true and correct.

*William Joseph Mooney*
William Joseph Mooney
