# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                      File No. 16-cv-02547 (SRN/LIB)

      Plaintiff,

                                                **ORDER**

v.

William J. Mooney, Joni T. Mooney, and
Harbor Holdings, Mid-Atlantic Trustees
and Administrators,

      Defendants.

---

      This matter comes before the Court on Defendants' Motion for the Reinstatement of the Dismissal With Prejudice, the Withdrawal of the Order of Sale, or a New Constitutional Bench Trial Arising Under Article III Sections 1 and 2 Exercising the "Judicial Power of the United States" [Doc. No. 188]. Accompanying the Motion are Declarations of William Joseph Mooney and Joni Therese Mooney. [Doc. Nos. 189-190]  In the Motion, Defendants seek to have the Court rescind three of its previous Orders, an Order of February 5, 2019 which corrected an erroneous dismissal of the case [Doc. No. 170], an Amended Order adopting the Magistrate Judge's Report and Recommendation to deny Defendants' Motion to Dismiss and Motion to Vacate Judgment [Doc. No. 171], and an Order of Sale [Doc. No. 172].

      For the reasons stated in the Court's previous Orders [Doc. Nos. 170-172], the Motion is DENIED.

IT IS SO ORDERED.

Dated: March 8, 2019                      s/Susan Richard Nelson
                                         SUSAN RICHARD NELSON
                                       United States District Judge