

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

Warren E. Burger Federal
Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN  55101
(651) 848-1100

U.S. Courthouse
300 South Fourth Street
Suite 202
Minneapolis, MN 55415
(612) 664-5000

Gerald W. Heaney Federal
Building and U.S. Courthouse
and Customhouse
515 West First Street, Suite 417
Duluth, MN 55802
(218) 529-3500

Edward J. Devitt U.S. Courthouse
and Federal Building
118 South Mill Street, Suite 212
Fergus Falls, MN  56537
(218) 739-5758

## TRANSMITTAL OF APPEAL

Date:   March 12, 2019

To:     U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  Cara Kreuziger, U.S. District Court-Minnesota

In Re:  District Court Case No.:  16-cv-2547 SRN/LIB
        Eighth Circuit Case No.:  Unassigned
        Case Title:  United States of America v. Mooney et al

The statutory filing fee has:
☒ been paid, receipt number: 44641102256
☐ not been paid as of Add date
            IFP     ☐ is     ☐ is not pending
☐ been waived because:
            ☐ Application for IFP granted          ☐ USA filed appeal

Length of Trial:  n/a days

Was a court reporter utilized?          ☐ Yes   ☐ No
        If yes, please identify the court reporter:
        Name:  Add name
        Address:  Add street address
                    Add street address
                    Add city, state and zip
        Phone:  Add phone number