# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 16-CV-2547 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| William J. Mooney, et al., | |
| Defendants. | |

Michael R. Pahl, U.S. Department of Justice, Tax Division, PO Box 7238 Ben Franklin Station, Washington, DC 20044 for Plaintiff.

William J. Mooney and Joni T. Mooney, P.O. Box 353, Little Falls, MN 56345, pro se Defendants.

SUSAN RICHARD NELSON, United States District Court Judge

This matter is before the Court on Plaintiff's Motion to Alter/Amend/Correct Judgment [Doc. No. 235].

Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The Defendants shall file and serve their response to the motion on or before March 26, 2020.

2. This matter will be decided on the papers, without oral argument.


Dated: March 12, 2020                         s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge